Administration Remedy Proceedure

This A Request For A Administration Remedy Proceedur

Cody G. Dantin #515835, 3-24-25/9:00 P.M 3:0.. A.M
offender Name, DOC #, Date & Time of Incident

D.W.C.C./N-4-A #13, 3-29-25/ONGOING
Place of Incident, Date of Complaint

RECEIVED
APR 21 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Warden, michele Dauzat;

"Facts"

1.) Hunts, E.H.C.C., sent me here from Angola on Protection because my Life is in great danger: See my fileings Docket for case #: 2:24-CV-02789-DJP;

2.) I arrived here at, D.W.C.C. 2-10-25. I got off of the bus an went straight to, N-4-C #4, because they said that was A SuperMax Tier "SuperMax;" I stayed from, 2-10-25 to, 3-17-25, I got moved to N-4-A #13 ON 3-17-25;

4.) Auther Bastedua, N-4-C #2, told the guy's on N-4-A When they went on yard that I work for Warden, Dauzat An, I got moved to N-4-A, to see what he got going on Back here. That he got set up from some, "CI's," wile at "Angola," An got some Fed Time. He told them he got big money on drugs on my Head;

5.) From date of, 3-17-25 to 3-20-25, someone got buste throwing a Knief to another cell, betweeen, cell #5 an #1. From date of, 3-17-25 to 3-24-25, I Listen to the inmates Sharpen Knief's an saying how they going to kill me to get s hiped away from here. "I told Security," "Save camera Footage," N-4-A 3-24-25;

6.) Save all camera footage date, 3-24-25, N-4-A#13, Time/9:30 P.M Till Im escorted off of, N-4-A, with all the Lights off on tier, out in the lobby Placed inbettween, A an B, Tier pipechase orderded to get on my Knee's fully Restraint for 2 hour's or more wile I was beat and sprayed over andover by Major Nathaniel Gillentine an Capt. Davis. Major Gillentine, Deactivevated Body camera in lobby when Im screaming for help that my Life is in danger an that the whole tiers door's broke, they have Knief's to Kill me. Review an Save Major Gillentine Body camerafootage, 3-24-25 — 3-25-25, ALSO, Save Capt. Davis Body Camerafootage;

7.) After being beat an sprayed over an over in Lobby inbettween N-4-A an, B-Tier, I was escorted to B-Tier shower to shower then placed in cell #2 ON B-Tier/strip cell.

8.) Wile I was in the cell #2 B-Tier, Sgt. Crane was walking up an down, N-4-B, Showing inmate's my Letter about me saying Im scared for my Life Auther, N-4-C #2 got money on my head or drug's Save Camerafoota, Sgt. Crane at cell #4 N-4-B all Nite. 3-25-25 A.M. Putting my Life in danger more telling Inmate's my Letter an letting them Read it;

9.) All my Rights to Protection has been Violated, ALSO My 1st, 8th an 14th, Amendment's ALSO;

"Requested Relief"

1.) That I go to, "Protection/CCR", OR somewhere safe here an Not get shiped. Auther say he will touch me anywhere in the state of Louisiana;

2.) That all camerafootage on, N-4-A, The lobby N-4 an, N-4-B date 3-24-25 be saved. over to 3-25-25;

3.) Save Major Nathaniel Gillentine Body cam. date of 3-24-25, Also capt. Davis Body Cam;

4.) That this, "ARP", be accepted with out fail;

5.) That I be paid, $500,000.00 for my suffering an if anything happens to me from this date of, 3-28-25 That my family/sister, be paid a additional $5,000.000.00, so she can take care of my Kids an she can deal with her suffering from all this;

Danielle Molaison
#985-637-1786

Cody Dantin #515835
D.W.C.C./N-4-B#2
670 Bell Hill Rd.
Homer, La 71040

SHREVEPORT LA 710
17 APR 2025 PM 2 L

NOT RESPONSIBLE FOR CONTENTS
APR 17 2025
DWCC

Louisiana middle
Federal Building, Ste. 139
777 Florida St.
Baton Rouge, La 70801

SCREENED OK MARSHAL

Legal Mail

70801-171799