TO: The Court 4-11-25

Im, writting because my life is in "danger" Im Requesting Protection/CCR or somewhere safe. I was housed at Angola some Inmates was ganging up on me trying to get me and make me do thing's for them, I didn't want no Part of that, I got scared and told security I have Inmate's after me with Kniefs everywhere I go because Im a Known Rat. When I told security at Angola they made me write a Protection Papper what happend with Name's I done that. A day or 2 latter Security done A Massive shakedown Some serouise drug dealers got caught because I have some big Money on my head. I been forced to cut myself to get away from getting Killed. I filed "ARP" it got disspossed of. Im scared for my Life. I got shiped to Hunts 12-16-24, my first day there. I had to cut myself because Inmate's say thats that Rat & Hoe from Angola an I got big Money on my head. They started braking door's. Hunts shiped me here because I proved to them my Life is in danger Inmates where after me. they shiped me here to, D.W.C.C, they told me I was coming here on Protection. wile here this is what happend. I have a Big time cartel drug Dealer, After me. I Need Protection here I Know this is the safest Place for me. I have this Inmate Auther Bastuda N-4-C#2 trying to use me up get me Killed because I told on his drug potnas at Angola & Hunts. Im scared for my Life I cant go down south I have Big money on my head. I got beat and sprayed here for asking for Protection/CCR Now these pepole want to ship me if I get shiped I will take A chance an "escape"... I don't have A choice Im scared Need Protection

Cody Dantao
#515835