RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 0 2 2025
DANIEL J. McCOY, CLERK
BY:

(Rev. 8/14/2023)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**CODY C DANTIN #515835** — **CASE NO. 5:25-CV-00580 SEC P**

**VERSUS** — **JUDGE S. MAURICE HICKS, JR.**

**UNKNOWN DEFENDANTS** — **MAG. JUDGE KAYLA D. MCCLUSKY**

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

## I. Previous Lawsuits

a. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ☑ No ☐

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):
I filed to the "Eastern District", from Angola that was the wrong venue I asked to Transfer Middle District

2. Name the parties to the previous lawsuit(s):
Plaintiffs: Cody C. Dantin
Defendants: Warden, Rosso, Col. Barnard, Capt. Reed, Major. Lamana, Sgt. Crane

3. Docket number(s): #: 2:24-CV-02789-DJP & No. 24-2789

4. Date(s) on which each lawsuit was filed: 12-8-23

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:
Still Pending / Plaintiff

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐ No ☑

*(Rev. 8/14/2023)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

______________________________________________

______________________________________________

**II.** **a. Name of institution and address of current place of confinement:**

David Wade Correctional Center

b. Is there a prison grievance procedure in this institution?
Yes ☑ No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☑ No ☐

   If "Yes," what is the Administrative Remedy Procedure number?

   File First step to warden or Designee to 2nd step

2. If you did not file an administrative grievance, explain why you have not done so.

   I done so, I have Inmate's that was in my fileing thearting my life working with a security on this

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

   ~~[illegible]~~ Secretary of La, Dose Not Respond. Warden's Do Not Respond. No Protection Board/Hearing has yet to be held. ARP Rejected See; attached fileing....

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.** **Parties to Current Lawsuit:**

a. Name of Plaintiff: Cody C. Dantin #515835

Address: D.W.C.C 670 Bell Hill Rd. Homer, La 71040

b. Defendant, Davis, is employed as Capt. Davis at D.W.C.C.

Defendant, ~~Major.~~ Nathaniel Gillentine, is employed as Major. Gillentine at D.W.C.C.

Defendant, Sgt. Crane, is employed as Sgt. Crane at D.W.C.C.

Additional defendants: ______________________

______________________

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS. IF EXTRA PAGES ARE REQUIRED TO STATE THE FACTS OF YOUR CASE, YOU ARE LIMITED TO FIVE TYPEWRITTEN OR TEN LEGIBLE HANDWRITTEN PAGES PURSUANT TO LOCAL CIVIL RULE 3.2.**

See: ARP, Filings Attatched

D.W.C.C Put New Camerea's
Date of ~~[illegible]~~ 5-5-25 thru 5-8-25

Sgt. Crane and Inmate cardell wilder
#755139 been threatning my Life to drop
my fileings. Sgt. Crane come to me with a
form to drop it I put the wrong Number
on it and wrote Sarha NaLitt ARP screening officer

*(Rev. 8/14/2023)*

Told her Im scared for my Life don't drop it

**V. Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I Need here, D.W.C.C, to put me on, "Protection/CCR", here This is the safest spot for me. This is the, "max security" ficility for me/CCR/Protection. Sare all camera-footage & Body camera footage, see: ARP attatched; Pay for my suffering's, see: ARP attached;

**VI. Plaintiff's Declaration**

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this** 21 **day of** May, **20**25.

#515835
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

Cooly C. Danton
**Signature of Plaintiff**