# Administration Remedy Proceedure

This A Request FOR A Administration Remedy Proceedure

Cody C. Dantin #515835, 3-24-25 / 9:00 P.M.-3:00 AM
Offender Name, DOC #, Date & Time of Incident

D.W.C.C. / N-4-A #13, 3-29-25 / ON Going
Place of Incident, Date of Complaint

Warden, Michele Dauzat;

"Fact's"

1.) Hunts, E.H.C.C., sent me here from Angola on Protection because my Life is in great danger: see my fileing's Docket for case #: 2:24-cv-02789-DJP;

2.) I arrived here at, D.W.C.C 2-10-25. I got off of the bus an went straight to, N-4-C #4, because they said that was A Super Max Tier. "Super Max" I stayed from, 2-10-25 to 3-17-25, I got moved to N-4-A #13 on 3-17-25;

3.) Auther Bastadua, on N-4-C #2, told the guy's on N-4-A when they went on yard that I work for Warden, Dauzat. An, I got moved to N-4-A, to see what he got going on Back here. That he got set up from some, "CI's" wile at, "Angola", An got Some Fed. time. He told them he got big money OR Drugs on my Head; He is A well Know Cartel Drug Dealer / King Pin;

4.) From date of, 3-17-25 to 3-20-25, someone got Busted throwing a Knief to another cell, bettween, cell #5 and #1 from date of, 3-17-25 to 3-24-25 I listen to the Inmate's sharpen Knief's an saying how they going to Kill me to get shiped away from here. "I told security" "Save camerafootage" N-4-A 3-24-25 9:00 P.M. TO 6:00 A.M.

5.) Save all camera footage date, 3-24-25, N-4-A #13 Time / 9:30 P.M. Till Im escorted off of, N-4-A, with all the Lights off on tier. Out in the lobby Placed inbettween A an B, Tier pipechase orderd to get on my Knee's in full Restraint's for, 2 hour's or More wile I was beat and sprayed over and over by Major. Gillentine an Capt. Davis Major Nathaniel Gillentine, Deactiverated Body Camera in lobby when Im screaming for help that my Life is in danger an that the whole tier door's broke, they have Knief's to Kill me. Review and save camera footage Tier N-4-A an N-4-B date 3-24-25 to 3-25-25, Also save capt. Davis Body camera footage & Major Nathaniel Gillentine Body Camera footage 3-24-25;

6.) After being beat an sprayed over an over in lobby inbettween, N-4-A an B-Tier, I was escorted to B-Tier shower to shower then placed in cell #2 on B-Tier / strip cell;

7.) Wile I was in the cell #2 B-Tier, sgt. Crane was walking up an down N-4-A an B showing inmates my letter about me saying Im scared for my Life. Auther Bastudaa, N-4-C #2 got money on my head or drugs. Sgt. crane gave cordell wilder #755139 N-4-B #4 my Letter I wrote putting my Life in more seriouse danger save an Review camera footage Sgt. Crane at his cell all Nite. date 3-24-25 thru 3-25-25

8.) All my Rights to Protection has been Violated.... My 1st, 8th an 14th Amendments Also;

# "Requested Relief"

1.) That I go to, "Protection/CCR" Here an Not get shiped Futher Bastadua, say he will touch me anywhere in the state of Louisiana;

2.) That all camerafootage on, N-4-A The lobby N-4 an, N-4-B date 3-24-25 be saved. over to 3-25-25;

3.) Save major Nathaniel Gillentine Body cam date 3-24-25, And Also Capt. Davis Body Cam;

4.) That this, "ARP", be accepted with out fail;

5.) That I be paid $500,000.00 for my suffering an if anything happen to me from this date of 3-28-25 That my family/sister, be paid an additional $5,000,000.00 so she can take care of my Kids an she can deal with her suffering from all this;

6.) That I Not be Retallyated against for this fileing and shiped; ~~[illegible]~~

I swear, under the penalty of perjury that everything in the foregoing is true and correct....

Cody C. [illegible]
#515835
Signed 3-28-25

Danielle Molaison
Sister
985-637-1786

This is the wrong date, they put for the Date of Incident 2-4-25 see my fileing Date 3-24-25, I was Not here at D.W.C.C on 2-4-25 Arrived here 2-10-25

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2025 -0190

TO: CODY DANTIN 515835
Offender's Name and Number

N4B
Living Quarters

2/4/25
Date of Incident

ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X REJECTED: Your request has been rejected for the following reason(s):
YOUR COMPLAINT IS REGARDING AN ISSUE AT ELAYNE HUNT CORRECTIONAL CENTER. YOU NEED TO RESUBMIT YOUR ARP TO ELAYNE HUNT CORRECTIONAL CENTER FOR A RESPONSE.

04/14/2025
Date

Sarah Nalitt
Warden's Signature or Designee