RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 0 2 2025

DANIEL J. McCOY, CLERK
BY: OB

"Motion For, Preliminary Injunction..."

Cody C. Dantin D.W.C.C.
#515835 4-13-25

My life is in danger. I got shiped from Angola because some Inmate's were ganging upon me an trying to make me do something for them that I wanted No part of they Both pulled out Knief's told me when I finish eating come on the yard. I got scared for my Life told Ranking Security filled out a Protection Papper with what happend. I Asked for Protection. Every--Where I go or get sent at Angola Inmate's are after me trying to Kill me because I'm a Rat. I told on Alot of Inmate's put some in my enemy Jacket filled a Protection Papper 4 or 5 time's Security done A massive shake down 2 time's a day or 2 after I wrote A Protection Papper with Name's an what happen I do Know some Big time drugdealer's got Caught because everywhere I go I'm forced to cut myself to get away from losseing my Life an get moved or go to 4-Point to get somewhere safe. I got shiped to Hunts E.H.C.C. 12-16-24 my first day Inmate's were after me. I'm asking this Court to Please place or get this facility, D.W.C.C. to put me on Protection/CCR here. I'm scared for my Life an Angola or Hunts sent Me here with Nothing on my life being in danger. I'm Asking this Court to Please Get this Facility to put me on Protection. Till I'm finish with this Court Proceeding. Thanks God Bless.

Cody C. Dantin #515835

Warden: Kimble 5-6-25

C/C
5-6-25

warden, "Kimble", I'm having problem's and I hope you Can please help me or Listen to me. None of this is No threat Please don't take this the wrong way. Everybody else I show or talk to or tell call's me a, scary Ratting, ass White Boy. I talked to Warden Malcom & Col. Herd, I talked to col. Kidd, I wrote col. Colemen. I wrote Warden Borgeos/mental health. I wrote classification, I wrote Mental Health, Mrs Wells mrs. Robinson also asked mr. Louise to please pull me out so I can talk to him. Sir, I'm coming to you like a man. My life is in seriouse danger. I got shiped from Angola to Hunts because I'm a Rat.... I told on alot of Inmate's at Angola because my life was indanger. I'm in bad Health I'm dieing I'm a very bad Diabetic I take Insulin 4 time's a day. I have other Issue's with that. I'm Not young, I'm stressing my self out. I'm on all Kinds of meds. I Need Protection/CCR Can you please send me a form or hold a Board on me. I want to go to Popalation here and I will make my way, But at this time I Need Protection/CCR, I can't live Nowhere in the state of Louisiana. I have big Money on my head because I got alot of Drug Dealer's busted at Angola & Hunts when I would tell security Inmate's had Knief's trying to Kill me they would do A Massive shake Down find Kniefs, Drug's Phone's all Kinda stuff. Now I Need Protection and can't get it. I'm forced to cut myself go to 4-Point. I'm forced to Light fire's and fight with security because I'm being denied Protection. I can't go in a cell with Nobody I'm scared for my life. I got beat half to death at Angola wile on watch in a cell. I have health Problems I'm scared for my Life. Befor I let somebody Kill me in my sleep in a cell I'm going to Kill them. I have 124 year's. I'm begging asking for help and to be placed on Protection/CCR The Mexican Auther Bastudna/King Pin got money on my head Please speak to me Here is some of my fileings. Please consider Thanks....

Cooley
Daniel
#515835
N-4-B #4

4-11-25

TO: The Court

Im writting because "my life is in danger" Im Requesting Protection/CCR or somewhere safe. I was housed at Angola some Inmates was ganging up on me trying to get me and make me do things for them, I didnt want no Part of that, I got scared and told security I have Inmate's after me with Knifes everywhere I go because Im a Known Rat. When I told security at Angola they made me write a Protection Papper what happend with Name's I done that. A day or 2 latter security done A massive shakedown some serouise drug dealers got caught because I have some big money on my head. I been forced to cut myself to get away from getting Killed. I filed "ARP" it got disspossed of. Im scared for my Life. I got shiped to Hunts 12-16-24, my first day there. I had to cut myself because Inmate's say thats that Rat & Hoe from Angola an I got big money on my head. They started braking door's. Hunts shiped me here because I proved to them my life is in danger Inmates where after me. They shiped me here to, D.W.C.C, they told me I was coming here on Protection. wile here this is what happend. I have a Big time cartel drug Dealer, After me. I Need Protection here I Know this is the safest Place for me. I have this Inmate Auther Bastuda N-4-C#2 trying to use me up get me Killed because I told on his drug potnas at Angola & Hunts. Im scared for my Life I cant go down south I have Big money on my head. I got beat and sprayed here for asking for Protection/CCR Now these pepole want to ship me if I get shiped I will take A chance an "escape" I don't have A choice Im scared Need Protection

dy
[illegible]
515835

Security / Warden Dauzat

Im telling security over and over I got Big Money on my Head. I Need Protection I told on alot of Inmate's at Angola here is A copy of some of my fileing's. That Mexican on C-Tier N-4. Is trying to get some Guy's on This tier to Kill me N-4-B cell #7 #10 #13 #15 been bringing some metal from off of the yard or somewhere else I don't do drug's Im Not Crazy. Im going to Lose my Life because Security Refuse to shake Down these Guy's how do you tell you going to die pepole sharpn Knief's on the floor. Im telling yall they have Kniefs. The lights, under the Toilet the Mattress & Property / legal work where else can they hide them? Why can't yall please move me or come get these Knief's ?!?! Please Im begging for my life. Security say their is No Kniefs when Im hearing them sharpn them on the floor. If Anything happen to please charge them, 1st degree Murder Death Penalty. This is wrong what Im going thru when Im telling yall Im scared for my life. I told yall that I told on Alot of pepole at Angola an Hunts. Now the Mexican Author Bostadua N-4-C #2 say I work for, Warden Dauzat Im scared for my life.

Cody Dantin
Signed
4-16-25

C/C

1 of 2