Danielle Molaison
1131 Hwy 20
Thibodaux, LA 70301



D.W.C.C. N-4 B#4
Cody Dantin 515835
670 Bell Hill Rd.
Homer, LA 71040

N4B4

INSPECTOR 4
MAY 19 2025
DAVID WADE CORRECTIONAL C[illegible]R