Administration Remedy Procedure
This A Request For A Administratin Remedy Procedure

Cody C. Dantin #515835, 3-24-25/9:00 P.M.
Offender Name, DOC #, Date & Time

D.W.C.C./N-4-A# 13, 3-29-25/ON Going
Place of Incident, Date & Time complaint

Warden, michele Dauzat;

"Fact's"

1.) I arrived here at, D.W.C.C. 2-10-25. I got off of the Bus an went straight to, N-4-C #4, which is A "Super Max," Tier for High Profile Pepole/case's. I stayed N-4-C, 2-10-25 to 3-17-25, I got moved to, N-4-A #13 on, 3-17-25;

2.) Auther Bastadua, N-4-C #2, A Big time, cartel/King Pin/Drug Dealer Told the guy's on, N-4-A when they went on yard that I work for, Warden, Dauzat An, Im getting Imformation on him back here N-4-C An I got moved to, N-4-A to see what he got going on. That he got set up from some, "CI's" wile at, "Angola", an got some Fed. time. He told them he got big money OR Drug's ON my Head;

3.) When I got moved to, N-4-A #13, 3-17-25, someone got busted throwing a Knief to another cell between, Cell #1 an #5, from date 3-17-25 thru 3-20-25

4.) I listen to Inmates holla back an forth how they going to Kill me. I got scared for my Life, Tied my cell door Till Security got their an got me out. Review & Save, Major Nathaniel Gillentine Body cam. date 3-24-25 Also Save Capt. Davis Body cam. 3-24-25

"Requested Relief"

1.) That I go to, "Protection / CCR," OR somewhere safe here an Not get shiped. Nuther say he will touch me anywhere in the stat of Louisiana, This is the most, "max security," Facility in louisina;

2.) Save Major Dillentine & Capt Davis, Body Cam Footage date, 3-24-25;

3.) That this, ARP, be accepted with out fail;

4.) If anything happen to me from this date, 4-15-25 An, Im Not somewhere safe / Protection / CCR, that my sister, "Danielle Molaison," be paid $5,000,000-00 for, me an Her suffering and she can take care of my Kids;

5.) That I do Not be Retallyated Against for this fileing;

I, swar by the pentalty of perjury that everything in the, ForeGoing, is true an correct.

Cooly G. [signature] #515835
Signed

D.W.C.C.
670 Bell Hill Rd
Homer, La 71040

This Date of
4-15-25

"Motion to Amend"

Cody C. Dantin #515835

D.W.C.C. 4-13-25

st
laim

Im asking this court to please let me State A claim on my fileings Im under alot of "Mental Stress An Anguish." An Im dealing with A very serouise situation on this matter. I want to file my first Claim because my, "ARP"/Grievance's, got disspossed of Violateing my First Amendment.

ND.
laim

I Need to state a claim and Amend my case State A, Eighth Amendment claim for "crule and unusual Punishments inflicted"... I was forced to hurt/harm myself by cutting myself to get away from harm get somewhere safe. An get to 4-Point to talk to Doctor's an Mental Health about my life being in danger Im a very Bad Diabetic security Dissposse of my, "ARP's", Violating all my Human Rights to A Grievances.

rd
laim

I Need to state A, "Fourteenth 14th" Amendment Claim because my, "Due Process" To All my Complaints/ARP/Grievance's, Got Disspossed of And I got No Response's Violating all my Human Rights.

"Thank this Court God Bless"

Cody C. Dantin #515835

B-2

FORM OP-C-1-a
23 February 2023

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: David Wade Correctional Center

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Cody Dantin | 515835 | 24 March 2025 | Approx. 2259 |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| N4 A-13 | N/A | N4 A-13 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Aggravated Disobedience | #5 |

10. Description of Incident (Include all relevant information – "unusual Inmate behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time, I, Major Nathaniel Gillentine was notified by M/Sgt. Jesse Parks that while making rounds on N4 A-Tier inmate Cody Dantin #515835 had began tying his cell door closed utilizing a sheet. When I arrived I clearly observed that inmate Dantin had his cell door tied closed with a sheet. I activated my body camera and gave inmate Dantin a direct verbal order to untie the sheet and to come to the cell door to be restrained, which he refused. I then gave inmate Dantin a second direct verbal order to untie the sheet and to come to the cell door to be restrained, which he still refused. Inmate Dantin only complied after Chemical agent had been administered. Inmate Dantin is currently housed on preventative segregation level 1. See attached UOR's.

11. Inmate Placed in Administrative Segregation ☐ Yes ☒ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| | Nathaniel Gillentine, Major, Wade 22 |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| 25 March 2025 | 0245 | | |

18. Plea by Inmate: ☐ Not Guilty ☐ Guilty

19. Verdict: ☐ Not Guilty ☐ Guilty

20. Date of Hearing:

21. Counsel Substitute:

DOC #:

22. Disciplinary Court Motions: Refer to Form OP-C-1-b.

23. Reasons For Disposition:
☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
☐ The officer's version is determined to be more credible than the Inmate's. ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☐ Seriousness of offense ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of ________ rule violation(s). A total of ________ Schedule B violations since: ____________________.

A total of ________ # ________ rule violations since____________________.

☐ Other: ____________________

25. Sentence: ☐ Suspended ☐ Imposed ________ Days

26. Sentence: ☐ Suspended ☐ Imposed ________ Days

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

____________________ CHAIRMAN (DISCIPLINARY OFFICER)

____________________ MEMBER

____________________ MEMBER

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2025 -0197

TO: CODY DANTIN 515835 — Offender's Name and Number

N4A — Living Quarters

3/24/25
Date of Incident

X ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

REJECTED: Your request has been rejected for the following reason(s):

04/15/2025
Date

Sarah Nalitt
Warden's Signature or Designee

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2025 -0197

TO: CODY DANTIN 515835 — Offender's Name and Number

N4A — Living Quarters

3/24/25
Date of Incident

X ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

REJECTED: Your request has been rejected for the following reason(s):

04/15/2025
Date

Sarah Nalitt
Warden's Signature or Designee