RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 3 0 2025

DANIEL J. McCOY, CLERK
BY: mah

Civil Action No. 25-0580 (Sec. P)

TO: The Clerk, Mag. Judge Kayla Mcclusky 6-19-25

I been Recieveing my mail from yall may this court please get this facility, D.W.C.C to move me? I got pulled out by, warden Kimble, 6-13-25 he talked about moving me to Protection. He say's wait for my Next Board because I got a write up. I been here since 2-10-25 I got a write up for Tieing my cell door up. any and all my other write ups I ever got was because security Refuse to move me. Im scared for my life they have alot of New Inmates back here where Im at. This is Displinary N-4-B, I here 4 Inmates fasure sharpn Kniefs on the floor. this is where the most worst of the most violent offender's are housed. Security Refuse to move me or shake Down and come get these Kniefs. Im in seriouse Need of some Kind of Protection? May you please get this facility to move me to protection? Im scared to come out to shower Im scared to come out to use the phone. Im forced to be housed around the worst most violent offenders wile Asking for Protection. I thank this Court Judge Kayla Mcclusky for helping me.

I swear under the penalty of perjury everything is true an correct. Signed, 19, June, 2025

#515835
Cody
Dantes
N-4-B#4