Warden Dauzat 6-19-25

May you please take this into considerration I been writing to you an every other security here at, D.W.C.C, about my life being in danger I have alot of money on my Head Inmates here are trying/planing, to take over this Tier-N-4-B. I filed, "ARP," on this it got Rejected. When the "ARP," screening officer Rejects a "ARP," when the ARP, states my life is in danger. That gives me the chance to go straight to the court because No type of investigative investigation was done. that violated all my Rights. I didnt have any Choice security beat me and sprayed me for, 2 hours. Im in seriouse need of protection. Sgt. Crane walked around showing Inmates A letter I wrote that Arthur Basaldua #531174, A Known Cartel Drug Dealer is trying to get Inmates here to Kill me because Alot of his drug Potnas was busted because of me. Im in Seriouse Need of Protection here I cant get shiped anywhere else. At least 4 to 6 Inmates here cell, #9, #10, #11, #13 an #14 been sharpn Knief's on the floor. Im scared for my life. I told them I was going to tell yall today is, 6-19-25, I told them today for last chow Im informing you to please come shake Down and get these Kniefs. Im scared to come out to shower. Please Put me on Protection, ASAP....

C/C
1 of 2
Copys
6-19-25

#515835
Cody Danten
N-4-B#4

Warden, Kimble / Classification 6-19-25

Im writing to you to see if you can please take this into consideration befor I lose my life for the last 5 days Inmates been sharpn Knief's on the floor. N-4-B, cell #9, #10, #11, #13 and #14 has Kniefs. Please come shake Down and get these Kniefs or Please come get me out of here safe and Put me on Protection. Today is, 6-19-25 I got tired of hearing them sharpn them so I told them I was writing Warden Dauzat to tell her. Come get these Kniefs Im scared for my life. Im scared to come out of my cell to shower Im scared to come out to use the phone. I been hearing them jurk on the doors. Im scared to tell any security because Im going to get beat and sprayed. Im being punished on Displinary for being in Need of Protection. All my Displinary is because of all this Not geting protection. Security don't want to move me so or do anything forceing me to get beat and sprayed wrote up that is wrong yall Know whats going on I told all yall from day one I told on alot of pepole. Yet yall Keep me around the, most worst violent offends?!?! If 4 or 5 takes over this Tier N-4-B then what?!? Please put me on N-4-B super Max till I get moved to Protection. Please take into consideration.

C/C
1 of 2
copy's

#515835
Cody Watts
N-4-B #4