**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CODY C. DANTIN, NO. 515835** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 25-0580-SMH-KDM** |
| | * | |
| **MICHELE DAUZAT, ET AL** | * | **JUDGE HICKS** |
| | * | |
| | * | **MAG. JUDGE MCCLUSKY** |
| ************************************ | | |

**28 U.S.C. § 1746 DECLARATION OF WARDEN MICHELE DAUZAT**

I, Michele Dauzat, hereby declare and state pursuant to 28 U.S.C. § 1746, as follows:

1.

I am over twenty-one years of age and of sound mind. I have never been convicted of a crime involving dishonesty or a false statement. I am the Warden of the David Wade Correctional Center ("DWCC") located at 670 Bell Hill Rd, Homer, LA 71040, and I have personal knowledge of the following.

2.

Cody Dantin, D.O.C. #515835, was transferred to David Wade Correctional Center on February 10, 2025, where he was placed in a single-man cell. Dantin has remained in a single-man cell—segregated from other prisoners—since his arrival at DWCC.

3.

Upon arrival at DWCC, Dantin signed the provided enemy concern list form stating he had no known enemies at DWCC.

4.

DWCC follows up with prisoners in restrictive housing to ensure they are adjusting appropriately.

5.

While I was making routine tier rounds on June 25, 2025, Dantin verbally communicated to me that he would like to be screened for housing on a closed cell restriction ("CCR") tier, a more restrictive custody level of single-man cells located on a different tier. Dantin stated he was unable to live in general population because of enemy concerns.

6.

I instructed Dantin to submit his request and supporting details to me in writing rather than continue the discussion on the tier within earshot of fellow prisoners. I assured Dantin he would be screened for CCR housing once I received his written request.

7.

On June 20, 2025, I received Dantin's written request for CCR placement, and he was placed on the next available custody level review board for potential placement in CCR, which is set for July 7, 2025.

8.

If the CCR review board finds it to be appropriate, Dantin will be moved from his current single-man cell to another single-man cell on a CCR tier.

9.

I am not aware of any substantial risk of harm to Dantin based upon his current housing assignment in a single-man cell.

10.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of July, 2025.

**Michele Dauzat, Warden, David Wade Correctional Center**