**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **CODY C. DANTIN, NO. 515835** | * | **CIVIL ACTION** |
| | * | |
| **VS.** | * | **NO. 25-0580-SMH-KDM** |
| | * | |
| **MICHELE DAUZAT, ET AL** | * | **JUDGE HICKS** |
| | * | |
| | * | **MAG. JUDGE MCCLUSKY** |

************************************

## STATUS REPORT

Pursuant to the Court's July 5, 2025 Order, Warden Michele Dauzat submits the following status report.

As stated by Warden Dauzat in her declaration, Cody Dantin, D.O.C. #515835, was reviewed by the Segregation (CCR) Review Board on July 7, 2025. Although the Board found no evidence of immediate danger to Dantin, the Board agreed to his request for Protective Custody housing on a CCR tier effective today, July 7, 2025. The Board's decision can be found in the documentation attached to this status report.

Dantin will be housed in Protective Custody Level 2 status, and his housing assignment will be reviewed every 90 days going forward. The various parameters for housing in this particular status can be found on page 16 of DOC Regulation IS-B-4 (Custody Levels and Segregation) which is also attached as an exhibit.

Defendants trust that the Court's concerns have now been sufficiently addressed, and the there is no longer a need for Court intervention with regard to Dantin's request. Defendants will also provide any additional information as is requested by the Court.

**WHEREFORE,** defendants pray that the Court deem this response sufficient, and again request that plaintiff's motion be denied.

Respectfully submitted,

*/s/ Jonathan R. Vining*
**JONATHAN R. VINING (#30781)**
Executive Counsel
Department of Public Safety & Corrections
P.O. Box 94304, Capitol Station
Baton Rouge, La. 70804-9304
Telephone: (225) 342-6728
Facsimile: (225) 342-3278
Email: jonathan.vining@la.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a copy of the foregoing was served by U.S. Mail on the *pro se* plaintiff at his most current address of record.

*/s/ Jonathan R. Vining*
Jonathan R. Vining