DWCC Form #267 (EMP #03-01-001)

# Segregation Review Board

**Type of Review:** Preventative Segregation

**INMATE:** Cody Dantin **DOC#: 515835**

**Housing Assignment:** N4B **Date** July 7th 2025

**I. Annual Review:**

- ☐ **A.** *No Action – No Problem*
- ☐ **B.** *Requests Housing Change*
- ☐ **C.** *Requests Transfer*
- ☐ **D.** *Requests Mental Health Services*
- ☐ **E.** *Requests Trusty Status*
- ☐ **F.** *Other (See comments Section)*

**II. Cellblocks:**

☐ **A. Not eligible for Reassignment at this time**

- ☐ **1.** *Poor Attitude*
- ☐ **2.** *Serious nature of past offenses*
- ☐ **3.** *Disciplinary reports received during current confinement*
- ☐ **4.** *Pending street charges*
- ☐ **5.** *Length/Number of times in Extended Lockdown*
- ☐ **6.** *Other:* ______

☑ **B. Eligible for reassignment from** Preventative Seg. Level 1 **to** N1B-CCR Protective Custody Level 2

**Comments:**

______

[signature]
ARDC Specialist

[signature] MSW CSW
Mental Health

[signature]
Unit Manager

**Distribution: Records (Original), Inmate (Copy)**

DWCC Form #326

LOUISIANA DEPARTMENT OF CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

SOUTH REASSIGNMENT BOARD OF: 7/7/2025

| DOC NUMBER | OFFENDER NAME | LIVING QTRS FROM | LIVING QTRS TO | WORK ASSIGNMENT FROM | WORK ASSIGNMENT TO | CUSTODY FROM | CUSTODY TO | MADE BY |
|---|---|---|---|---|---|---|---|---|
| 513336 | Boyette, Darandall | Disciplinary Seg | Preventative Seg Level 2 | | | | | RB |
| 736674 | Mason, Tyrus | Preventative Seg Level 1 | Preventative Seg Level 2 | | | | | RB |
| 603037 | Brown, Curtis | Preventative Seg Level 1 | Preventative Seg Level 2 | | | | | RB |
| 765727 | Dull, Dalton | Preventative Seg Level 1 | Preventative Seg Level 2 | | | | | RB |
| 430667 | Eaglin, Thomas | Preventative Seg Level 1 | Preventative Seg Level 2 | | | | | RB |
| 534337 | Winzer, Jakendrick | Working Seg Level 1 | Working Seg Level 2 | | | | | RB |
| 297771 | Dabney, Allen | Working Seg Level 1 | Working Seg Level 2 | | | | | RB |
| 774035 | Conston, Deltrevious | Working Seg Level 1 | Working Seg Level 2 | | | | | RB |
| 548551 | Barber, Hank | Working Seg Level 1 | Working Seg Level 2 | | | | | RB |
| 531209 | Ross, Robert | | | South Kitchen | Cell Block Orderly | | | WM |
| 757089 | Anderson, Rolie | Preventative Seg Level 2 | Disciplinary Seg | | | | | DB |
| 732141 | Blackburn, Najay | Working Seg Level 1 | Disciplinary Seg | | | | | DB |
| 599166 | Gordy, Derrick | Preventative Seg Level 2 | Disciplinary Seg | | | | | DB |
| 708963 | Jackson, Price | Working Seg Level 2 | Disciplinary Seg | | | | | DB |
| 628482 | Love, Shyheem | Working Seg Level 1 | Disciplinary Seg | | | | | DB |
| 596175 | Watkins, Brandon | Working Seg Level 2 | Disciplinary Seg | | | | | DB |
| 759638 | Freeman, Westley | Working Seg Level 1 | Disciplinary Seg | | | | | DB |
| 635400 | Simon, Nathan | Working Seg Level 2 | Disciplinary Seg | | | | | DB |
| 744015 | Johnson, Daniel | H3B | H5B | North Kitchen | Fresh Start Café | | | WK |
| 347374 | Davis, Donald | | | Fresh Start Café | South Kitchen | | | WK |
| 771839 | Bost, Austin | H2B | H5B | Crew 1 | South Kitchen | | | WK |
| 515835 | Dantin, Cody | Preventative Seg Level 1 | N1B CCR Protective Custody Level 2 | | | | | RB |

PREA Status Reviewed by Classification: RH

CLASSIFICATION OFFICER

Warden

UNIT MANAGER

ENTERED BY: ____________________