25-cv-0580 Sec. P.

These letters are copies Cody Dantin, inmate 515835, wrote to Angola and David Wade.

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUL 09 2025
DANIEL J. McCOY, CLERK
BY: umdh

Angola

Pg. 1

Administrative Remedy Procedure
This A Request for an Administration Remedy

Cody C. Dantin #515835 ,
Offender's Name, Doc# , Date of Complaint

MainPrison/TU ONGoing
Place of Incident , Time of Incident

Warden, Timothy Hooper

My, Continued housing in very hot cells with-out, Suffient Access to heat relief measures wile Knowing that I suffer from medical condition's that render me, Extremely Vulnerable, to serouise Heat related Injury, Violated the Eight Amendment.

"Facts"

Currently Im being housed at, Main Prison/TU CellBlock. Between the month's of, may through october, Said, cellblocks, stay Extremely Hot.

Im, diagnosed and suffer with serouise, medical Condition's, Hypertension Diabete's, High Blood Pressure, High Cholesteral, and deppression. Based upon clearly, Established Law, these pre-existing medical Condition's When exposed to heat put's me at Substantial risk of Serouise harm. See, Ball V. LeBlanc, 792 F.3d 584, 593 (5th cir. 2015)

Pg. 2

As, part of my, treatment, I am prescribed diretics, Insulin Shots, Mental Health meds. These treatments inhibit my ability to regulate my Body Temperature. And, when exposed to heat futther put's me at substantial risk of harm.

This, Administration, Know's this treatment impairs, my thermore gulion system. It, also Know's of the summer month's of May through october, that the temperature at Angola exceed's, 90° degree's. Which is why everyyear it provide's me a heat precation, Duty status during those month's. But, the Human ware house's, Angola call's cellBlocks are No exception to these high temperature's.

The cellBlock's in, Angola Provide one fan to serve three (3) cell's. The fan's do not Provide equal amount's of air flow to each cell, Nor do the fan's, provide any detectable cooling Effect's. The Building's are old, and there is No operating ventilation. The old pipe's produce to much metal and Rust in the water, leaving unfit for human consuption. And the only unfettered access to Ice, is during the one (1) hour, I am given to walk the tier. All of Which are violation's of clearly established Law, See, Ball at 595-96: Gate's V. Cook, 376 (2) F.3d 323, 339 (5th cir. 2004)

Wherefore, for all of the above reasons, my continued housing in the cellblock's without sufficient acess, to heat relief measure's for my known pre-existing medica conditions, exposes me to an unreasonable substantial risk of serouise harm in Violation of the eighth amendment of the United State's Constitution.

"Requested Relife"

- 1) That the Administration develop a permanent plan for my living and work assignments between the date's of, May 5th through October 31st that reduces and maintain's a heat index at or below 88° degree's Fahrenheit;
- 2) That a 30" inch fan be placed directly in front of my cell for my personal use;
- 3) That I be provided drinking water fit for human consumption under state health law;
- 4) That I be provided a personal ice chest in Front of my cell for my unfettered acess.
- 5.) That I be provided a permanent memorandum signed by Warden Timothy Hooper ordering that each of the above itemized acommadations for my medical conditions are to be provided to me each year between, may 5th through october 31st without fail;
- 6.) That TU Ventilation system be fixed;
- 7.) That I am compensated $500.00 a day for my suffering from any Non compliance between date's may 5th through october 31st
- 8.) That I not be retaliated aginst for the fileing of this greivence.

I, hereby declar penalty of perjury that the foregoing is true and correct. And that I personally placed this, ARP, in the Angola Mail Box. On the, 10th, day of June, 2024....

Respectfuly submitted
Cody G. Dantin
Cody G. Dantin
#515835
TU/L/I/ #1

Pg. 1

Administrative Remedy Procedure

This A Request For An Adminstrative Remedy

Cody C. Dantin , 8-26-24
offender's Name DOC# , Date of Complaint

Camp-D-Camp-C- CBD|CBE|CBA|TU , ON Going
Place of Incident , Time of Incident

"Facts"

I was Housed at Camp-D-, 3, or more year's, 4 at the most. I got into it with, 2, Guy's wile at Camp-D-Falcon-4-, they come to me, wile on the walk going to Chow. They wasn't in the same Dorm as me so I don't Know them. or they Name? They told me they Need me to do somthing for them I told them, I wasn't doing Nothing for Nobody. They both pulled out a Knief, told me when I finish eatting Come on the yard. I got to the Kitchen put my food in my bowl, and walked straight to Capt. & Major's office, by the visitting shed Building. Capt. Reed, was in the office with other security. I told them what happened she Capt. Reed told me get down the walk an pay whoever I owe? I told them I don't owe Anyone. that I get-

Pg. 2

- alot of money any time I call home. They told me go back down. I then told all of them that I was going to Kill myself. She then walked me to the Dungen. Put me in the shower and me write a Protection Papper what happend. She placed me in a cell on Protection. The following day Sgt. Cane placed a Inmate in my cell wile I was sleeping early in the mornning. On watch, - on Protection. When I Raised up my head off the Mat, Inmate come out of one hand with cuff on. And started Beatting me. I started hallaring Sgt. - cane Stood at the door with it closed and wasint saying nothing. Capt. Reed, Major Lamana, and major - T.J. come running to the cell from around the corner. Inmate was beatting me wile I was trying to block my face and head from the cuff's he had on one hand. They was hallaring at him. He then slipped or put the cuff back on, they made him go to the back of the cell, made me get out the bed to come to the bar's to get cuffed. They got him out the cell, they called medical, for my head, was busted, in the front forhead, bleeding couple other spot's, swolen and my head hurt. My hand was cut trying to stop the cuff's from hitting me. I was transported to Treatment center told them -

Pg. 3

-told them what happend. they checked me out. Then sent me back, Dungen Hawk. A Inmate on Tier wrote, ARP, for me because, they Never put Body cam on, Inmate was cuffed hands in the front, I was, on watch, on Protection. Nobody Should have been placed in my cell wile sleeping, on watch, on Protection. Capt. Reed wrote up as a simple fight. Major. Jack held court shiped me to camp-C- Bear-1- wile at, camp-C- A Inmate come to me, I never seen befor. Told me to drop the, ARP, because, its going to Turn Bad if I don't. Few weeks the, ARP, come to me and, I threw it away. Couple moanth's pass by, I see Inmate's acting diffirent to me, the day gose onto Night, I see Inmate's looking at me in a group, I go take a shower, wile, Im in the shower Somone, I got cool with come back their told me to leave out, the dorm, ASAP, couple pepole got a Knief for me. I got out, go by my bed, watch for alil wile, I see 8 or 10 diffiarent, pepole in a group. I see one person pass A Knief to one of them. I new alot of their Name from, BMP, class, and being in the dorm. When, security made, Round's I walked out the dorm told them what happend. They brought me to cornal.

Pg-4

-Barnard's, office. Carnal, Barnard, made me fill, Protection papper, everything that happend, with name's. He said if I didnt he was bring me back to dorm. So, I done so - He plased me in a cell, They Kept trying to put me in cell's with pepole forceing me to fight back not giveing them the cuff's, when they put me in cell with other pepole. I get sprayed with Gas - They Kept failing to Protect my- -life. I ended up going to Hawk-4-Right, at camp-D- one man cell for no longer than 2, month's. They gave me the board, sent me to, Raven, working cell Block. Gave, me the board, sent me to the Main Prison, East Yard. I stayed, spruce-4- for almost 2 year's. I see one day how, Inmate's acting diffirent, to me in the dorm. I stay 5 day's paying attion. same thing a group of Inmate's planning to get me. On the 5th, day at around 3:00 P.M, Count, a group of pepole come to me in the dorm tell me Im a Rat an Hoe, when they finnish, counting, they got me. When security come in the dorm for 3:00 PM, count, when, security come in, I ran out the dorm, walking up the walk I got to East Gate, told capt. will, what happend, he brought, me to Warden Rosso, office. I explain to him what happend. He, laugh, at me told them

Pg. 5

-to bring me to, Dungen, CBD, From their. Some Inmate's, start Braking they door. I told security Im not going to get my Insulin, because I was scared to come out my cell, I go to, CBE, watch, Im forced, to walk down walk, to, Treatmentcenter, (2) two time's or more because, Im a Bad Diabetic. Im forced to walk down walk, cuffed, hands and feet, around, Inmate's, I wrote, A Protection, Papper, with they Name. I get sent to CBA, on Protection. I wrote, ARP, for security Forcefuly, putting my life in danger. An Forcefuly, making me Kill my- -self, if I don't go. They have Failed to Protect my Life all together. I got transfereed, to TU/U/B Inmate's trying to brake they door. I go to, CBE, watch, I come back to TU/U/C, Inmate's Broke they Door's to get me. Im forced to cut my self. Hurt my- -self, to go to -4- Point, I come to, TU/L/E, Inmate's broke they door. I tied my door up cut myself/ -wrist, and lit, a fire. I made security check everybody's door, 5 or 6, door's was broke. Wile I was on -4- Point. They come put IRon on the door's, and say they fixed them, they still, Braking, door's everywhere I go. Security has failed altogether to Protect my Life. And Forcefuly Put my Life in danger.

"Relife"

1.) I, want $500.00, a day from the acceptence, of my, ARP, that Warden Rosso, Carnal Barnard, and Major Lacombre, disspossed of. For failing to Protect my life, and my suffering of, Mentail stress, and Angush. Startting from the Acceptance of Letter, 1-29-24. Till they Ship me, or send me, somewhere safe, with no Contact of Inmate's....

2.) Any faild Complaince, I want, Warden Rosso, Carnal Barnard, Major Lacombre, Fired and Never, work for DOC, or another Facility. For telling me they don't make Deals with Terrist when I told them Im Not droping the, ARP, An,- -The desspossing, of my, ARP,....

3.) That I not be Retallyatted aginst for the fileing of this, ARP.....

Respectfuly Submitted

Cody Dantu

#515835

TU/L/I #1

David
Wade

1 of 2
C/C
For The Courts

Legal Programs "Trish Foster" 3-11-25

Im, writting to yall Because, wile I was at Angola, my Life was in Great Danger. I, INFORMED security selreral times about the situation. I put some of the Inmates that were after me in my Enemy Jacket by writting Protection Papper. Nothing was being done. And, I was being forced to get cuffed Hands and Feet, walked to Treatment center 2 or More Times a day around the same Inmates that were after me trying to take my Life. I filed, "ARP", case: L.S.P. 2023-0122, 12-8-23 I Recived Acceptance letter 1-29-24, wile on CBI/watch, I was pulled out by Major. Combre, cornal - Barnard an warden Rosso. I was brought to MPO an asked to drop the, "ARP," I asked to get shiped an they told me they don't make deals with Terrist I was brought back 2 or 3 month's Pass by I write Legal Program's about my, "ARP," And I Never got A Response. I asked Major. Lacombre wile he was making Rounds where was my "ARP," He said he don't know what Im talking about that I dont have ARP filed. I wrote Legal Program's asking About my ARP And to send me copy's of my ARP. Because we have to send our legal Mail to yall to get copy's. I have yet to get any copys from yall or get A Response about any-thing I ever filed. Please send Me copys of everything I filed thru yall. Also, I got shiped to hunts 12-16-24 yall Never let Hunts know my life was in danger and in Need of protection. I finally got A Response to case: L.S.P. 2023-0122 2-4-25 droped it back to go to 2nd step 2-5-25, I got shiped to D.W.C.C. 2-10-25, If yall Never Recived my ARP, stating that, I was Not satisfied and Proceeded to 2nd step please forward that ARP to me ASAP. I been having A Problem with "ARP" an my Mail. Cody Jordan #515835

Gary I. Westcott 3-11-25

1 of 2
c/c
For The Courts

I'm writting to you because, I filed, "ARP," about my life being in danger while I was at Angola. And my, "ARP," got disposed of. Case: L.S.P. 2023-0122 I filed it 12-8-23 got A acceptance letter 1-29-24 got pulled out By Major. Lacombre, cornel Barnard and Warden Rosso, they brought me to MPO Ask me to drop it I asked to get shiped they told me they don't make deals with Terrist. Then I wait 2 or 3 months Never get a Response I see Major. Lacombre making Rounds I ask him about my ARP he told me he don't know what I'm talking about that I don't have No "ARP," filed. I write Legal Programs Ask for my Response so I can go to 2nd step. They Never Respond I write few more time's And Ask for copy's of my fileing's because we have to send our Legal Work to Legal Programs to make copy's of anything we need copy's of I have yet to get a Response. Angola shiped me to Hunts 12-16-24, I got a Response 14 months Latter to my, ARP, from Angola case: L.S.P. 2023-0122 I signed for it 2-4-25 gave it to security on 2-5-25 to go to my 2nd step. Did you Recive it? If Not can you please get L.S.P. to send me copy's of all my fileing's here to D.W.C.C. This is A very serouse matter I'm in Need of Protection and Inmate's at Angola and Hunts are trying to Kill me. This is a safe spot for me I'm 7 hours away from my family but I'm safe here as of Now.

Please Respond Cody Dantin #515835

Warden, Dauzat 3-23-25

1 of 2
c/c

Im, writting to you, because everywhere I go I have Inmate's talking about me. Im A Rat Im A Hoe Im telling on pepole Im setting this one up Im setting that one up. I got shiped from Angola to Hunts because I had some Inmate's about to jump on me with Kniefs I Ran out the dorm told security, cornole made me fill out a Protection Papper what happen with Name's I done so a day or two latter security done a massive shake down. I don't Know who got caught with what drug or whatever but everywhere I would go Inmates were after me bad. I would tell security. I would let them Know what door's were broke most of the time they wouldn't listen to me forceing me to cut myself. Now I asked to get shiped here because I knew this facility is A zero Tolarence facility. When I got shiped here I went straight to N-4-C #4. I stayed there month an a half. then, I got moved to N-4-A-#13 3-17-25, when I got moved the guy's on this Tier went on the yard last week. when they come in they say, Auther on N-4-C #2 told them He got big money on my head because I work for the warden Mrs. Dauzat. Im working to set him up an I got moved on this tier to see whats going on back here. I been hearing pepole on this Tier sharpen Knief's an Braking the door's. Auther say anywhere I go in Louisiana he will touch me. I don't know anything about him Im scared for my life I do Know he gets drug's thru Legal Mail under other pepole Name. Please put me on "CCR", or Protection somewhere safe. I been to alot of diff. facility's an Never got A write up Im Not any trouble that's my word. Please take into Consider Ration Thanks God Bless... [illegible] #515835

1 of 2

Mental Health / Mrs. Robinson 3-23-25

c/c

Mrs. Robinson, I'm writting to you because my Life was in danger at Angola an Hunts, that led me to cut-myself. Wile I was at Angola I had some Inmates that was about to jump on me with Kniefs. I ran out of the dorm when they made Rounds an told security they brought me to the cornole office he made me write A Protection Paper. He made me write everything down with Name's. I done so! A day or two latter security done a massive shake down. I don't Know who or what drug dealer got caught with what? Everywhere I would go Inmate's was after me trying to Kill me. They was braking the door's on the cell to get me. I would tell security, but they would not listen to me or move me when I would tell them my life was in danger. So I would cut myself to get away an go on 4-Point till they would listen to me. They would go fix the door's or move me. I'm scared for my life I'm asking you to please help me get to "CCR" or Protection? I was on N-4-C #4, when I first got here. I stayed there for almost 2 months an got moved to N-4-A #13. The guy's on this tier come back from yard last week. An, I listen to them, they say they talk to Auther, N-4-C #2 an he told them watch they self because I work for Warden, Dauzat, to set him up. An, he got Big money on my Head if they Kill me. He said that is the Reason I went to N-4-C, then got moved to N-4-A #13. Please, pull me out and speak to me Auther N-4-C #2, told them anywhere I go in Louisiana he will touch me. This is the most safest spot for me. I told on pepole at Angola & Hunts alot of Inmate's trying to Kill me all over. Can, you please put me on Protection here? or help me? Thanks God Bless

Body Donatu
515835
3-23-25

Administration Remedy Proccedure

This A Requst For A Administration Remedy Proccedure

Cody C. Dantin #515835

Offender Name, Doc #

2-4-25 / 4:00 Am

Date & Time of Incident

I.H.C.C. D-1 Cell Block, Right Tank

Place of Incident

2-20-25 / ON Going

Date of Complaint

Warden Timothy Hooper oR Designee;

"Facts"

I got shiped to Hunts, 12-16-24, from Angola because my Life was in danger. See, A.R.P. case: L.S.P. 2023-0122. When I arrived at. I.H.C.C. 12-16-24. I was Placed around some, the same, Inmate's I was in and around at Angola. That was trying to take my Life. I was forced to cut myself wile at I.H.C.C. to get somewhere safe. I was Placed at D-1 cell Block, where I got placed in one of the Tanks that was in the lobby for my safty. Wile I was was in the Right Tank. I Recived A Response on my, A.R.P. case: L.S.P. 2023-0122 that I filed over a year ago. I Recived it, 2-4-25. I checked the Box to Procced to 2nd step, and gave it to security on 2-5-25 at, 4:00 A.M. when I got my A.M. Insulin. I gave it to Security to be droped in the mail Box. I had No acces to the mail Box my self. so I had to Rely on A security to drop it or Place it in one of the mail Box's on one of the Tier's. Hopeing it made it to where it to where it needed to go. Save, camera footage, D-1 cell-Block Right Tank 4:00 A.M. On, 2-5-25. I sent mail to family and other's that Never made it to them. This is a very serouise matter and I to make sure that my, A.R.-P. case: L.S.P. 2023-0122 made it to the, Designee, for my 2nd step. I been having problem with my Papper work getting disspossed of violateing my Human Rights.

"Requsted Releife

1.) That my A.R.P. was sent to 2nd step case: L.S.P. 2023-0122 with out fail;

2.) If my sendond, 2nd step never made it where it Needed to go to be processed. So, I get A second step Response that I be paid $150,000.00, for Violateing my Human Right's to file, A.R.P Not having access to place my Legal mail in the Hands of a Classification officer or Not having access to drop my mail in the U.S. mail Box my self. Having to Rely on A 3rd party to do so for me;

3.) If my 2nd step Never made it where it was soupose to go to be proccessed that I get A Response forwarded to me here at, D.W.C.C. A.S.A.P. So I can go fordward with my A.R.P. with out fail;

4.) That I not be Retalyated against for the fileing of this A.R.P.;

Cody C. Danta #515835

Respectfuly submitted

2-20-25

Warden, Dauzat 4-1-25

C/C

Im requesting Protection/CCR, I got shiped from Angola to Hunts because my Life is in danger, My life was in danger at Hunts also, so I asked to get shiped here on Protection because my life was in danger. I filed to the courts because Angola Failed to Protect my Life an forcefully was putting my life in danger. I'm in scrouise need of Protection. Auther N-4-C #2, is Paying Inmate's here to Kill me for drugs or Money? I was placed on N-4-C #4 when I first come here I got moved off of that Tier on 3-17-25 to N-4-A #13 wile there when the guys come back from yard. I heard some of them talking about me that Auther N-4-C #2, told them I work for warden Dauzat, and I went to C-Tier to see what he had going on? An, that I went to A-Tier to see what was going on back here to testifiy on him. Please put me on Protection Please here is a copy of some of my fileing's to show you an let you Know whats going on. Please move me to Protection "ASAP," Alot of Inmate's here wan't to get Shiped and go back to Angola Im a eazy target. Please take into Consideration?!?!

Thanks God Bless

Cooly Dauzat

#505835

Mrs. Dauzat 4-3-20

C/C

I'm writting to you because, I'm scared for my life I'm in need of "Protection;" ASAP, I inform security everywhere whats going on I give name's an Nothing has yet to be done. How do I report Prison violence when all it dose is turn a bad situation into a very very Bad situation. Security Hurt me the other night because I told an Reported what was going on. Security walked up an down the Tier's telling the other Inmate's what I said and let them Read it. None of this is about me trying to get money! My life is in danger I'm stressed out. I have family I have 5 Kids. I requested I'm begging for help?!?! I want to go to Poppalation but right Now my life is in serouise danger. I'm forced to be in a cell I want to be free but my life is in danger. I don't want to file "ARP" or write Lawyer's. I Need Protection I'm trying to do away with fileing but what else can I do?!?! I Need help, I Need Protection Please put me on Protection and I can do away with the Papper work. Please talk to me please put me on Protection. Please take into consideration?!?!

Thanks God Bless

Cody Dante
#515583

Administration Remedy Proceedure
This A Request For A Administration Remedy Proceedur

Cody C. Dantin #515835, 3-24-25/9:00 P.M 3:00 AM
offender Name, DOC #, Date & Time of Inciden

D.W.C.C./N-4-A #13, 3-29-25/ONGOING
Place of Incident, Date of Complaint

Warden, michele Dauzat;

"Facts"

1.) Hunts, E.H.C.C., sent me here from Angola on Protection because my Life is in great danger: See my fileings Docket for case #: 2:24-CV-02789-DJP;

2.) I arrived here at, D.W.C.C. 2-10-25. I got off of the bus an went straight to, N-4-C #4, because they said that was A Super Max Tier. "Super Max," I stayed from, 2-10-25 to, 3-17-25, I got moved to N-4-A #13 ON 3-17-25;

4.) Auther Bastadua, N-4-C #2, told the guy's on N-4-A When they went on yard that I work for Warden, Dauzat An, I got moved to N-4-A, to see what he got going on Back here. That he got set up from some, "CI's," wile at "Angola," An got some Fed. Time. He told them he got big money on drugs on my Head;

5.) From date of, 3-17-25 to 3-20-25, Someone got busted throwing a Knief to another cell, bettween, cell #S an #1. From date of, 3-17-25 to 3-24-25, I Listen to the Inmates Sharpen Kniefs an saying how they going to Kill me to get Shiped away from here. "I told Security:" "Save camera Footage," N-4-A 3-24-25;

6.) Save all camera footage date, 3-24-25, N-4-A#13, Time/9:30 P.M Till Im escorted off of, N-4-A, with all the Lights off on tier, out in the lobby Placed inbettween, A an B, Tier pipechase orderded to get on my Knees fully Restraint for 2 hour's or more wile I was beat and sprayed over and over by Major Nathaniel Gillentine an Capt. Davis. Major Gillentine, Deactivevated Body camera in lobby when Im screaming for help that my Life is in danger an that the whole tiers door's broke, they have Knief: to Kill me. Review an Save Major Gillentine Body cam-erafootage, 3-24-25 — 3-25-25, Also, Save Capt. Davis Body Camerafootage;

7.) After being beat an sprayed over an over in Lobby inbettween N-4-A an, B-Tier, I was escorted to B-Tier shower to shower then placed in cell#2 ON B-Tier/strip cell

8.) Wile I was in the cell#2 B-Tier, Sgt. Crane was walking up an down, N-4-B, Showing inmate's my letter about me saying Im scared for my Life Auther, N-4-C #2 got money on my head or drug's Save Camerafoot Sgt. Crane at cell #4 N-4-B all Nite. 3-25-25 A.M Putting my Life in danger more telling Inmate's my Letter an letting them Read it;

9.) All my Rights to Protection has been Violated, Also My 1st, 8th an 14th, Amendment's Also;

"Requested Relief"

1.) That I go to, "Protection/CCR," OR somewhere safe here an Not get shiped. Auther say he will touch me anywhere in the state of Louisiana;

2.) That all camerafootage on, N-4-A, The Lobby N-4 an, N-4-B date 3-24-25 be saved. Over to 3-25-25;

3.) Save Major Nathaniel Gillentine Body cam. date of 3-24-25, Also capt. Davis Body Cam;

4.) That this, "ARP", be accepted with out fail;

5.) That I be paid, $500,000.00 for my suffering an if anything happens to me from this date of, 3-28-… That my family/sister, be paid a additional $5,000.000.00, so she can take care of my Kids an she can deal with her suffering from all this;

Danielle Molaison
#985-637-1786

TO: The Court 4-11-25

Im writting because my life is in "danger" Im Requesting Protection/CCR or somewhere safe. I was housed at Angola some Inmates was ganging up on me trying to get me and make me do thing's for them, I didn't want no Part of that, I got scared and told security I have Inmate's after me with Kniefs everywhere I go because Im a Known Rat. When I told security at Angola they mad me write a Protection Papper what happend with Name's I done that. A day or 2 latter security done A Massive shakedown some serouise drug dealers got caught becouse I have some big money on my head. I been forced to cut myself to get away from getting Killed. I filed "ARP" it got disspossed of. Im scared for my Life. I got shiped to Hunts 12-16-24, my first day there. I had to cut myself because Inmate's say thats that Rat & Hoe from Angola an I got big money on my head. They started broking door's. Hunts shiped me here because I proved to them my Life is in danger Inmates where after me. They shiped me here to, D.W.C.C, they told me I was coming here on Protection. wile here this is what happend. I have a Big time cartel drug Dealer, After me. I Need Protection here I Know this is the safest Place for me. I have this Inmate Auther Bastuda N-4-C #2 trying to use me up get me Killed because I told on his drug patnas at Angola & Hunts. Im scared for my Life I cant go down south I have Big money on my head. I got beat and sprayed here for asking for Protection/CCR Now these pepole want to ship me if I get shiped I will take A chance an "escape" I don't have A choice Im scared Need Protection

dy
om[illegible]
515835

Security / Warden Dauzat

Im telling security over and over I got Big Money on my Head. I Need Protection I told on alot of Inmates at Angola here is A copy of some of my fileing's. That Mexican on C-Tier N-4. Is trying to get some Guy's on This tier to Kill me N-4-B cell #7 #10 #13 #15 been bringing some metal from off of the yard or somewhere else I don't do drugs Im Not crazy. Im going to lose my Life because security Refuse to shake Down these Guys how do you tell you going to die pepole sharpn knief's on the floor. Im telling yall they have Kniefs. The lights, under the Toilet the Mattress & Property/legal work where else can they hide them? Why can't yall please move me or come get these Knief's ?!?! Please Im begging for my life. Security say their is No Kniefs when Im hearing them sharpn them on the floor. If Anything happen to please charge them, 1st degree murder Death Penalty. This is wrong what Im going thru when Im telling yall Im scared for my life. I told yall that I told on Alot of pepole at Angola an Hunts. Now the Mexican Author Bostadua N-4-C #2 say I work for, Warden Dauzat Im scared for my life.

Cody Dantin
Signed
4-16-25

C/C

1 of 2
copy's

"Motion To Amend"

Cody C. Dantin #515835

D.W.C.C.
4-13-25

st

laim

Im asking this court to please let me State A claim on my fileings Im under alot of, "Mental Stress An Angush," An Im dealing with A very serouise situation on this matter. I want to file my first Claim because my, "ARP"/Grievance's, got disspassed of Violateing my First Amendment.

ND.

laim

I Need to state a claim and Amend my case State A, Eighth Amendment claim for "crule and unusual Punishments inflicted"..... I was forced to hurt/harm myself by cutting myself to get away from harm get somewhere safe An get to 4-Point to talk to Doctor's an Mental HealHtal about my life being in danger Im a very Bad Diabetic security Disspesse of my, "ARP's", Violating all my Human Rights to A Grievances.

rd

laim

I Need to state A, "Fourteenth 14th" Amendment Claim because my, "Due Process" To All my complaints/ARP/Grievance's, Got Disspossed of And I got No Response's Violating all my Human Rights.

"Thank this Court God Bless"

Cody C. Dantin #515835

"Motion For, Preliminary Injunction...."

Cody C. Dantin
#515835

D.W.C.C.
4-13-25

My life is in danger. I got shiped from Angola because some Inmate's were ganging upon me an trying to make me do something for them that I wanted No part of they Both pulled out Knief's told me when I finish eating come on the yard. I got scared for my Life told Ranking Security filled out a Protection Papper with what happend. I Asked for Protection. Every--Where I go or get sent at Angola Inmate's are after me trying to Kill me because I'm a Rat. I told on Alot of Inmate's put some in my enemy Jacket filled a Protection Papper 4 or 5 time's Security done A massive shake down 2 time's a day or 2 after I wrote A Protection Papper with Name's an what happen I do Know some Big time drug dealer's got caught because everywhere I go I'm forced to cut myself to get away from losseing my Life an get moved or go to 4-Point to get somewhere safe. I got shiped to Hunts E.H.C.C. 12-16-24 my first day Inmate's were after me. I'm asking this Court to Please place or get this facility, D.W.C.C. to put me on Protection/CCR here. I'm scared for my Life an Angola or Hunts sent me here with Nothing on my life being in danger. I'm Asking this Court to Please Get this Facility to put me on Protection. Till I'm finish with this Court Proceeding. Thanks God Bless.

Cody C. Dantin #515835

"Motion Asking Court To Appoint Councel"

Im in Need of A court Appointed Attorney on this civil matter. This is A Very serouise Matter My Life is in Great danger I Need Protection. Im Under Alot of Mental Stress And Angush. Im A Very Bad Diabetic I have other health Problems. I don't have A GED. I didn't compleat the 8th Grade. Im in A cell with very little property I don't have Any law Book's. I don't have Any acess to the, "Law Librrary;" I have No way to do Any Reacearch or get copy's of Any thing. I Need some medical Records Pulled. I Need Mental Health Records pulled. I to subpena witness's Im going to Need A Expert wittness. Im in serouise Need of A Attorney. I Need Protection. I Need help. May this court please Appoint me A Attorney for A, "Jury Trial;" because this is A Very Serouise Matter My Life is in danger. Im Under Alot of Mental Stress and Angush. And Im in A cell an have No Acess to law Librarry. Please take into consider Ration

Thanks God Bless

Cody G. [signature] #515835

Administration Remedy Procedure
This A Request For A Administratin Remedy Procedure

Cody C. Dantin #515835, 3-24-25/9:00 P.M.
Offender Name, DOC #, Date & Time

D.W.C.C./N-4-A# 13, 3-29-25/ON Going
Place of Incident, Date & Time complaint

Warden, michele Dauzat;

"Fact's"

1) I arrived here at, D.W.C.C. 2-10-25. I got off of the Bus an went straight to, N-4-C#4, which is A "super Max", Tier for High Profile People/case's. I stayed N-4-C, 2-10-25 to 3-17-25, I got moved to, N-4-A# 13 on, 3-17-25;

2) Auther Bastadua, N-4-C#2, A Big time, cartel/King Pin/Drug Dealer Told the guy's on, N-4-A when they went on yard that I work for, Warden, Dauzat An, Im getting Information on him back here N-4-C An I got moved to, N-4-A to see what he got going on. That he got set up from some, "CI's" wile at, "Angola", an got some Fed. time. He told them he got big money OR Drug's ON my Head;

3) When I got moved to, N-4-A#13, 3-17-25, someone got busted throwing a Knief to another cell between, cell #1 an #5, from date 3-17-25 thru 3-20-25

4.) I listen to Inmates halla back an forth how they going to Kill me. I got scared for my life, Tied my cell door Till Security got their an got me out. Review & Save, Major Nathaniel Gillentine Body cam. date 3-24-25 Also Save Capt. Davis Body cam. 3-24-25

(1)

"Requested Relief"

1) That I go to, "Protection / CCR", OR somewhere safe here an Not get shiped. Author say he will touch me anywhere in the stat of Louisiana, This is the most, "Max security," Facility in Louisina;

2) Save Major Gillentine & Capt. Davis, Body Cam Footage date, 3-24-25;

3) That this, ARP, be accepted with out fail;

4) If anything happen to me from this date, 4-15-25 An, I'm Not somewhere safe / Protection / CCR, that my sister, "Danielle Molaison," be paid $5,000,000.00 for, me an Her suffering and she can take care of my Kids;

5) That I do Not be Retallyated Against for this fileing;

I, swar by the pentalty of perjury that everything ine the, Fore Going, is true an correct.

Cody C. [signature] #515835
Signed

D.W.C.C.
670 Bell Hill Rd
Homer, La 71040

This Date of
4-15-25