David Wade Correctional Center
Cody Dantin 515835
670 Bell Hill Rd.
Homer, LA 71040

X-RAYED

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 0 9 2025

DANIEL J. McCOY, CLERK
BY: mdh

Clerk, U.S. District Court
Western District of LA
Tom Stagg U.S. Court House
300 Fannin St., Suite 1167
Shreveport, LA 71101-3083