**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

CODY C. DANTIN #515835                          CIVIL ACTION NO. 25-0580

                                                SECTION P
VERSUS
                                                JUDGE S. MAURICE HICKS, JR.

MICHELE DAUZAT, ET AL.                          MAGISTRATE JUDGE MCCLUSKY

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Cody C. Dantin's Motion for Preliminary Injunction (Record Document 16) and Motion for Protection (Record Document 23) are **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 31st day of July, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE