RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 1 1 2025
DANIEL J. McCOY, CLERK
BY: [initials]

25-cv-0580

To: Clerk 7-28-25

Im writing because I want to object to the motion I filed for, "Preliminary Injunction", my Life is in seriouse danger. I had A Board hearing on 7-7-25 for, "CCR", I was classified for, "CCR", After I explained I told on Alot of Inmate's Because my life is in seriouse danger and I Need Protection. I was placed on, N-1-B/CCR", that house very violent offenders Inmates that stab other offenders/Fight with security an high Profile case's, Inmates/Drug Dealers King Pins, "Lee Lucas", Inmates were after me my first day there. N-1-B/CCR", I should have Never been Placed on A very Violent Tier with those offenders when Im A very Known Rat, Inmates, call me A, "CI", Some Big time Drug Dealers got Busted my Life is in seriouse danger security put me on watch took all my Property/Legal [redacted] Books/Legal work I Need Protection. Please Order this facility to put me on Protection Im on the same [redacted] Unit as Arthur Basaldua Drug cartel King Pin.

I swear under the penalty of Perjury that everything is true and Correct....

Cooley Dando #515835