TO: CODY DANTIN 515835 N4C

FROM: Sarah Nalitt
Legal Liaison

DATE: July 22, 2025

RE: Administrative Remedy Procedure - Backlog Process

You currently have a Request for Administrative Review at the institutional and/or headquarters level, the request you submitted for administrative remedy that was received in this office on July 22, 2025 will be logged into the ARP system as ARP-DWCC-2025-0440. This request will not be handled until all previously accepted requests have been completed at the institutional and/or Headquarters level.

Be clearly advised that, when applicable, all additional requests for Administrative Remedy received from you by this office will be processed pursuant to the above Administrative Remedy Procedure.

cc: Inmate File

/nm

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2025 -0424

TO: CODY DANTIN 515835 — Offender's Name and Number
N4C — Living Quarters

6/24/25
Date of Incident

X ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

REJECTED: Your request has been rejected for the following reason(s):

07/21/2025
Date

Sarah Nalitt
Warden's Signature or Designee