**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CODY C. DANTIN | CIVIL ACTION NO. 25-0580 |
| | SECTION P |
| VERSUS | |
| | JUDGE S. MAURICE HICKS, JR. |
| MICHELE DAUZAT, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that with the exception of Plaintiff Cody C. Dantin's excessive force claims against Captain Davis and Major Nathaniel Gillentine, Plaintiff's claims are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of August, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE