25-cv-0580

Acc. P.

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

OCT 2 0 2025

DANIEL J. McCOY, CLERK
BY: mdh

The Plaintiff is Entitled to A Temporary Restraining Order And A Preliminary Injunction
— Civil Action No. 5:25-0580 —

TO: Clerk (Sec. P) 10-8-25

To the courts, may this court please get And OR talk to Warden, michele Dauzat about putting me back ON "CCR", around the "CI's" / Political Inmates? Im a very Know Rat / CI this court Knows from my fileings. I told on Arthur Basaldua A Known Cartel Drug King Pin, because, I told on alot of Inmates because they were forceing me to hold drugs then they tryed to get me to buy alot of drugs so they can sell make money and they said they were going to give me my money and a lil extra. I told them No I don't want No part, 2 of them pulled out Kniefs and told me when I come from chow come on the yard. I got scared went to Major office told them they made me fill out what happened with Names. I done alot of telling from then to Now. Now everywhere I go Angola, Hunts, here, D.W.C.C Inmates want me dead. Please see Middle District court. Now Im forced around some very violent Inmates N-4-C Around / on the same tier as Arthur Basaldua it is A Max Tier with cameras, I have him in my fileings he Knows that. This is seriouse he Asked me do I love my family? He said Im one of the CI's that got him back here. Im scared to come out of my cell. Im Refusing my medical callouts, I have Houspital Trips for my Back when I got beat an sprayed, I Need to go to but, Im around the worst I have health Problems Im scared for my life cant take anymore. Im around the worst Inmates. I got placed N-4-A the same spot everything started, the brought back Im Not safe. I have papper work Know Cartel Drug King Pin.

Cody ~~Dan~~
#515835
N-4-C #1
10-8-25