**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **CODY C. DANTIN**<br>**Plaintiff** | **CIVIL DOCKET NO. 5:25-cv-00580** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **MICHELE DAUZAT, ET AL**<br>**Defendants** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

**MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Defendant, Warden Michele Dauzat, respectfully moves for leave to file Exhibits 2 through 10 under seal in support of her Response to the Court's Order to Show Cause (Record Document 51).

In support of this motion, Defendant states as follows:

1.

The exhibits consist of confidential offender information, institutional security materials, classification records, internal movement logs, disciplinary records, and security-threat and enemy-assessment documents maintained by the Louisiana Department of Public Safety and Corrections and David Wade Correctional Center.

2.

These documents contain sensitive security information, personal identifiers, and records that, if publicly disclosed, could compromise institutional safety, offender privacy, and correctional operations. Public disclosure is prohibited or restricted by DOC policy and by internal security regulations.

3.

Limited disclosure in this case is authorized under 45 C.F.R. § 164.512(e) and Fed. R. Civ. P. 5.2, provided the materials are submitted under seal and used solely for purposes of this litigation.

4.

Filing these materials under seal is also consistent with the court's inherent authority to protect sensitive information and prevent misuse of documents that implicate security operations within correctional facilities.

5.

Redaction is not a viable alternative because the documents' substance, including classification decisions, housing details, security-assessment notes, and internal reasoning, cannot be meaningfully separated from the sensitive material without rendering the exhibits incomplete or misleading.

6.

Defendant therefore seeks leave to file Exhibits 2 through 9 under seal, while filing Exhibit 1 (Declaration of Warden Dauzat) publicly.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and permit Exhibits 2 through 9 to be filed under seal.

Respectfully Submitted By:

**LIZ MURRILL**
Attorney General
State of Louisiana

By _/s/ Holly H. Dorward_
HOLLY H. DORWARD (LSBA #40345)
Assistant Attorney General

**Louisiana Department of Justice**
Litigation Division
330 Marshall Street, Suite 777
Shreveport, Louisiana 71101
Telephone: (318) 676-5706
Facsimile: (318) 676-5703
E-mail: dorwardh@ag.louisiana.gov

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, a copy of the foregoing *Motion for Leave to File Exhibits Under Seal* was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by certified United States Postal Service, return receipt requested, this filing to the following non-CM/ECF participant:

Cody C. Dantin
#515835
David Wade Correctional Center
670 Bell Hill Rd.
Homer, LA 71040

_/s/ Holly H. Dorward_
HOLLY H. DORWARD
Assistant Attorney General