**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **CODY C. DANTIN**<br>**Plaintiff** | **CIVIL DOCKET NO. 5:25-cv-00580** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **MICHELE DAUZAT, ET AL**<br>**Defendants** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Defendant Warden Michele Dauzat respectfully submits this memorandum in support of her Motion for Leave to File Exhibits Under Seal.

Defendant seeks to file Exhibits 2 through 9 under seal because they consist of confidential institutional records maintained by the Louisiana Department of Public Safety and Corrections, including offender classification documents, movement and housing logs, disciplinary records, security threat assessments, and internal policy materials. These documents contain sensitive personal identifiers as well as information regarding security practices and classification procedures within David Wade Correctional Center ("DWCC"). Public disclosure of these materials would compromise institutional security, invade offender privacy, and violate DOC policies restricting the dissemination of such information.

The Court has inherent authority to protect sensitive information and may seal records where necessary to prevent the disclosure of confidential or security sensitive material. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). Redaction is

not a viable alternative here because the sensitive information permeates the records and cannot be removed without materially impairing their meaning or usefulness to the Court.

Exhibit 1 (the Declaration of Warden Dauzat) is filed publicly. The remaining exhibits are appropriately sealed given their content and are submitted solely for purposes of addressing the Court's Order to Show Cause.

For these reasons, Defendant respectfully requests that the Court grant the Motion and permit Exhibits 2 through 9 to be filed under seal.

Respectfully Submitted By:

**LIZ MURRILL**
Attorney General
State of Louisiana

By _/s/ Holly H. Dorward_
HOLLY H. DORWARD (LSBA #40345)
Assistant Attorney General

**Louisiana Department of Justice**
Litigation Division
330 Marshall Street, Suite 777
Shreveport, Louisiana 71101
Telephone: (318) 676-5706
Facsimile: (318) 676-5703
E-mail: dorwardh@ag.louisiana.gov

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, a copy of the foregoing *Memorandum in Support of Motion for Leave to File Exhibits Under Seal* was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by certified United States Postal Service, return receipt requested, this filing to the following non-CM/ECF participant:

Cody C. Dantin
#515835
David Wade Correctional Center
670 Bell Hill Rd.
Homer, LA 71040

/s/ *Holly H. Dorward*
HOLLY H. DORWARD
Assistant Attorney General