UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CODY C. DANTIN**<br>**Plaintiff** | **CIVIL DOCKET NO. 5:25-cv-00580** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **MICHELE DAUZAT, ET AL**<br>**Defendants** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

# MOTION TO DISMISS AMENDED COMPLAINT

Defendants Captain Davis and Major Nathaniel Gillentine respectfully move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Amended Complaint (Doc. 32) for failure to state a claim upon which relief may be granted and on the basis of qualified immunity.

1.

As explained more fully in the accompanying memorandum, Plaintiff's allegations, taken as true, do not plausibly establish that either Defendant acted maliciously or sadistically for the purpose of causing harm.

2.

At most, the pleadings describe a measured use of force in response to an inmate who had secured his cell door with a sheet and repeatedly refused direct orders to comply. Fifth Circuit precedent makes clear that such conduct, even when force is used, does not violate the Eighth Amendment as a matter of law.

3.

Defendants therefore respectfully request dismissal of all claims against them with prejudice.

Respectfully Submitted By:

**LIZ MURRILL**
Attorney General
State of Louisiana

By <u>*/s/ Holly H. Dorward*</u>
HOLLY H. DORWARD (LSBA #40345)
Assistant Attorney General

**Louisiana Department of Justice**
Litigation Division
330 Marshall Street, Suite 777
Shreveport, Louisiana 71101
Telephone: (318) 676-5706
Facsimile: (318) 676-5703
E-mail: dorwardh@ag.louisiana.gov

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2025, a copy of the foregoing *Motion to Dismiss* was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by certified United States Postal Service, return receipt requested, this filing to the following non-CM/ECF participant:

Cody C. Dantin
#515835
David Wade Correctional Center
670 Bell Hill Rd.
Homer, LA 71040

*/s/ Holly H. Dorward*
HOLLY H. DORWARD
Assistant Attorney General