**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **CODY C. DANTIN**<br>**Plaintiff** | **CIVIL DOCKET NO. 5:25-cv-00580** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **MICHELE DAUZAT, ET AL**<br>**Defendants** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

# ORDER

Before the Court is the Motion to Dismiss filed by Defendants Captain Davis and Major Nathaniel Gillentine pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure.

After considering the pleadings, the applicable law, and the arguments of the parties,

IT IS ORDERED that Defendants' Motion to Dismiss is hereby GRANTED.

IT IS FURTHER ORDERED that all claims asserted against Defendants Captain Davis and Major Nathaniel Gillentine are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that, in the alternative, Defendants' request under Rule 12(f) is GRANTED, and any immaterial, impertinent, or conclusory allegations not necessary to the resolution of Plaintiff's remaining claims are STRICKEN.

IT IS FURTHER ORDERED that judgment shall be entered accordingly.

THUS DONE AND SIGNED in Chambers in Monroe, Louisiana, on this ________ day of ______________________, 2025.

_______________________________________

U.S. MAGISTRATE JUDGE KAYLA D. MCCLUSKY