XXXXXX

5:25-cv-0580 SEC P

RECEIVED
U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAR 17 2026
DANIEL J. McCOY, CLERK
BY:

3-3-26

Clerk

My Mail is being played with in and out. Im back N-4-C Life in danger. I dont have any Property Im on disiplin Nary. Cant Respond this gose with my case. Im back in the same spot scared for my life around Arthur Basaldua.....

Cody [signature]

515835

N-4-C #2

I Swear under the penalty of perjury that everything is true and correct....

DWCC Form #267 (EMP #03-01-001)

# Segregation Review Board

**Type of Review:** Investigative Segregation

**INMATE:** Cody Dantin **DOC#:** 515835

**Housing Assignment:** Investigative Seg **Date:** 1/21/2026

**I. Annual Review:**

- ☐ A. *No Action – No Problem*
- ☐ B. *Requests Housing Change*
- ☐ C. *Requests Transfer*
- ☐ D. *Requests Mental Health Services*
- ☐ E. *Requests Trusty Status*
- ☐ F. *Other (See comments Section)*

**II. Cellblocks:**

☑ A. **Not eligible for Reassignment at this time**

- ☐ 1. *Poor Attitude*
- ☐ 2. *Serious nature of past offenses*
- ☐ 3. *Disciplinary reports received during current confinement*
- ☐ 4. *Pending street charges*
- ☐ 5. *Length/Number of times in Extended Lockdown*
- ☑ 6. *Other:* Pending investigation

☐ B. **Eligible for reassignment from** ______ **to** ______

**Comments:**

______________________

Krista [signature]
ARDC Specialist

[signature] MSW, CSW
Mental Health

[signature]
Unit Manager

**Distribution:** Records (Original), Inmate (Copy)

DWCC Form #181

RESTITUTION FORM

DATE: December 4, 2025

TO: Business Administrator/Medical Director

FROM: Becky Trupiano, Disciplinary Clerk

RE: Cody Dantin 515835 N4
Inmate's Name Number

The above named inmate has been found guilty in Disciplinary Court of Escape or Attempted Escape, Property Destruction and/or damage or medical expenses resulting from injuries occasioned through the fault of the offender. A copy of the documentation in this case is attached for your convenience.

Please determine the cost of damages to be assessed this offender and affix to this document and return to Disciplinary Clerk at your earliest convenience.

Amount of Damage:$ Sheets $10.00 (2)
Shirt $ 3.25 (1)
Towels $ 6.66 (2)
FlexCuffcutter 23.56
= 43.47

Charges Appraised By: HTriplet

Kayla Faulk 12/11/25

Business Manager/Medical Director or Designee Date

DATE TRANSMITTED: ____________

DATE RECEIVED: ____________

Form HCP13-a
17 November 2024

**Request for Medical Treatment**
**Facility:** [illegible]

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| Cody [illegible] | 515835 | 38 | [illegible] | | 2-3-26 | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY** I'm having problem urineating takes forever for me to [illegible] I had to get catheter last time few weeks ago. my lower back hurts going down my butt, and legs, feet Numb. I had MRI " L7 & L6 disc was mess[illegible] I Need pain Meds. And hospital Trip ASAP....

**Health Care Personnel Assessment: Date:** 1-3-2026 **Time:** 9:40 **Allergies:** ____

☐ Routine Sick Call $2.00
☒ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☒ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**
[illegible]

Total #: ____

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $____

Total: $ ____

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| Cody [illegible] | 515835 | 2-3-26 | [illegible] |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

**Facility:** D.W.C.C

| Cody Danlic | 515835 | 38 | N-4-C#2 | onGoing | 2-23 | 9:00 |
|---|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date** | **Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

Re-order Carmex/Chapstick

**Health Care Personnel Assessment:** **Date:** ______ **Time:** ______ **Allergies:** ______

☑ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______

**Total #:** ______

**Health Care Personnel Signature** ______

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ ______

Total: $ 4.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Danlic | 515835 | 2-23-26 | [signature] |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record    Yellow - Business Office    Pink - Inmate's Copy

Form HCP13-a
17 November 2024

**Request for Medical Treatment**

**Facility:** ____________

Cody Dobkin | 575835 | | N-7-B | | | 
---|---|---|---|---|---|---
Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

**Health Care Personnel Assessment:** Date:________ Time:________ Allergies:________

☐ Routine Sick Call $2.00
☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)
☐ Self Declared Emergency ☐ Altercation ☐ Other
☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

Total #: ________

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $____

Total: $ 6.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

Cody Dobkin | 575835 | | 
---|---|---|---
Inmate Signature | DOC# | Date | Witness Signature

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

Cody Dantin 515835 Facility: D.W.C.C

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| Cody Dantin | 515835 | 38 | N4C | | | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY** My Back from waist Lower Back hurts down Butt to my legs and feet! And I Need Something to take a crap I can't use it stomach hurts. Thanks

**Health Care Personnel Assessment: Date:** 2-2-26 **Time:** 2100 **Allergies:**

☐ Routine Sick Call $2.00

☒ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☒ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

Ø

Total #:

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☒ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $

Total: $ 6.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| [signature] | 515835 | 2-2-26 | [signature] |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

**Request for Medical Treatment**
**Facility:** D.W.C.C.

| Cody Dantin | 515835 | 38 | N-4-C #2 | — | 2-19-26 | 7:00 - 9:00 |
|---|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date** | **Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

Can you please get me to dentist for parshal Teeth and the list to see doctor for my Health

**Health Care Personnel Assessment: Date:** 2/19/26 **Time:** [illegible] **Allergies:** ______

☐ Routine Sick Call $2.00
☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)
☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**
☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______

**Total #:** Ø

**Health Care Personnel Signature** [signature]

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ Ø

Refer to Central

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Dantin | 515835 | 2-19-26 | [signature] |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

**Request for Medical Treatment**
**Facility:** D.W.C.C

| Cody Santin | 515835 | 38 | N-4-E#2 | — | 2-18-26 | |
|---|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date** | **Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

I Need to get A parshal in my top mouth if possible if I Need to set one up in the street can you please do so ASAP. Thanks
Can you please put me back on (Health Head)

Dentist Appointment

**Health Care Personnel Assessment: Date:** 2/18/26 **Time:** 11:30 **Allergies:** ______

☐ Routine Sick Call $2.00
☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)
☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**
☐ No Fee: ☐ Work Related ☐ PREA Assessment

**Medications Ordered:**

______ Total #: ______

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $______
Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Santin | 515835 | 2-18-26 | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy