XXXXXXX

5:25-cv-0580 SEC P

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAR 17 2026
DANIEL J. McCOY, CLERK
BY:

FORM OP-C-1-a
23 February 2023

ENTERED

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: **David Wade Correctional Center**

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Cody Dantin** | **515835** | **23 November 2025** | **Approx. 0845** |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| **N4 C-Tier** | **U/A** | **N4 C-1** |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| **Property Destruction** | **17** |

10. Description of Incident (Include all relevant information – "unusual Inmate behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time, I, Capt. Wood, while on N4 C-Tier after restraining inmate Cody Dantin #515835 in cell 1 ordered for the cell door to be opened. The door would not open. I then questioned inmate Dantin who admitted that he had tied up the bottom of the cell door. I gave inmate Dantin several direct verbal orders to untie the cell door, which he refused. Major Kennedy was notified. I along with Major Kennedy was able to pull the door open after part of the string was cut off with the flex cuff cutter which broke in the process. A shakedown of the cell was conducted and multiple ripped sheets, a ripped shirt, and ripped towels were found in the cell with some of the pieces tied to the bottom of the cell door. These items were confiscated and inmate Dantin was returned to the cell without further issue. Inmate Dantin is currently housed on Preventative Segregation 1. (See attached UOR)

11. Inmate Placed in Administrative Segregation ☐ Yes ☒ No

12. Signature of Reporting Employee: Capt. [signature]

13. Name, Title, Assignment (Print): **Johnathan Wood, Captain, Wade 22**

14. Date of Report: **23 November 2025**

15. Time of Report: **1420**

16. Report (copy) given to above Inmate by: [signature] 1423 23 Nov 2025

17. Inmate's Signature: Cody Dantin

18. Plea by Inmate: ☐ Not Guilty ☒ Guilty

19. Verdict: ☐ Not Guilty ☒ Guilty

20. Date of Hearing: 12/1/25

21. Counsel Substitute: B. Vin DOC #: 117061

22. Disciplinary Court Motions: Refer to Form OP-C-1-b.

23. Reasons For Disposition:
☒ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
☐ The officer's version is determined to be more credible than the Inmate's. ☒ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
☐ Other

RECEIVED
NOV 25 2025
Disciplinary Clerk/DWCC

24. Reasons for Sentence:
☒ Seriousness of offense ☒ The need to protect the institution, employees or other.
☐ Poor conduct record. A total of 4 rule violation(s). A total of ______ Schedule B violations since: ______.
A total of 3 # 17 rule violations since July 2025.
☐ Other: ______

25. Sentence: ☐ Suspended ☒ Imposed ______ Days
8 weeks Loss of Canteen

26. Sentence: ☐ Suspended ☒ Imposed ______ Days
Rest. for Towel, Sheet + Flex cuff cutter

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

[signature]
CHAIRMAN (DISCIPLINARY OFFICER)

[signature]
MEMBER

[signature]
MEMBER

Form HCP13-a
17 November 2024

## Request for Medical Treatment

**Facility:** D.W.C.C

| Cody Martin | 515835 | 38 | N-4-C#2 | — | 2-2-26 | |
|---|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date** | **Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

I Need to see Doctor for my lower Back Pain Numbness Kepler uped And Pain meds ASAP

**Health Care Personnel Assessment:** Date: 2/3/26 Time: 06 30 **Allergies:** ____

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

____ **Total #:** ____

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ ____

Total: $ ____

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Martin | 515835 | 2/3/26 | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

Cody Dantin 515835 **Facility:** ______

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| Cody Dantin | 515835 | | N-4 C | | 2-5-26 | Am 6:30 - 7:30 |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

I cant urine at all hurts (hospitalized) Lower Back hurts [illegible] disc messed up legs hurt down Butt feet hurt.
Please do something ASAP cathere when I went to Hospital

**Health Care Personnel Assessment: Date:** ______ **Time:** ______ **Allergies:** ______

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☒ Self Declared Emergency ☐ Altercation ☐ Other

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

Flomax $2.00
Zofran $2.00

Total #: 4.00

**Health Care Personnel Signature** [signature]

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ 4.00

Total: $ 10.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| Cody Dantin | 515835 | 2-5-26 | [signature] |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

**Facility:** D.W.C.C.

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| Cody Martin | 515835 | 38 | N-4-C#2 | | 2-9-26 | 6:00 - 9:00 Am |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY** Cant Shit can you Please put me on Red Capsul pill again stomuch hurts cant crap Thanks

**Health Care Personnel Assessment:** **Date:** 2/9/26 **Time:** 06:50 **Allergies:** ______

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______

______

______

______ **Total #:** ______

**Health Care Personnel Signature** [signature]

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ ______

Total: $ 0

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| Cody Martin | 515835 | 2-9-26 | [signature] |

Original - Inmate's Medical Record    Yellow - Business Office    Pink - Inmate's Copy

Form HCP13-a
17 November 2024

## Request for Medical Treatment

**Facility:** D.W.C.C

| Cody Dantin | 515835 | 38 | N-4-C#2 | — | 2-4-26 | |
|---|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date** | **Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

Stomach hurt lot of gas Nots in my stomach cramping

**Health Care Personnel Assessment: Date:** 2/2?/26 **Time:** 0648 **Allergies:** ______

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other** [redacted]

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

Gas X

Total #: ______

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $______

Total: $ 4.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Dantin | 515835 | 2-24-26 | [signature] |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record   Yellow - Business Office   Pink - Inmate's Copy

FORM OP-C-1-a
23 February 2023

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: **David Wade Correctional Center**

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Dantin, Cody** | **515835** | **14-Jan-2026** | **Approx. 0850** |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| **N1B-Tier** | **U/A** | **N1B-10L** |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| **Fighting, Aggravated** | **#11** |

10. Description of Incident (Include all relevant information – "unusual Inmate behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

**On the above date and approximate time, while conducting N1B-Tier showers I, M/Sgt. David Corbin, observed inmate Markell Woods #623804 walking up the tier, after he completed his shower. I gave inmate Woods a direct verbal order to return back to his assigned cell (N1B-12). Inmate Woods complied. I then observed a liquid substance being thrown out of cell #10 which houses inmate Cody Dantin #515835, striking inmate Woods on his upper body area. Inmate Dantin then threw a cereal carton out on the tier. I gave inmate Woods a direct verbal order to enter his assigned cell, and he complied. Capt. Greer was notified. Capt. Greer arrived and gave inmate Dantin a direct verbal order to come to the cell bars and he refused to comply. Inmate Dantin only complied after chemical agent was administered. Inmate Dantin was seen by medical, offered the use of the telephone and placed on Investigative Seg. See attached UOR's**

11. Inmate Placed in Administrative Segregation ☒ Yes ☐ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| [signature] | **David Corbin M/Sgt. N1 A&B** |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| **14-Jan-2026** ✓ | **1230** | Capt. Greer 14 JAN 2026 1750 | Refused to Sign |

18. Plea by Inmate: ☐ Not Guilty ☐ Guilty 19. Verdict: ☐ Not Guilty ☐ Guilty

20. Date of Hearing: 21. Counsel Substitute:

DOC #:

22. Disciplinary Court Motions: Refer to Form OP-C-1-b.

23. Reasons For Finding:
☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
☐ The officer's version is determined to be more credible than the Inmate's. ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
☐ Other ____

24. Reasons for Sentence:
☐ Seriousness of offense ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of ____ rule violation(s). A total of ____ Schedule B violations since: ____.

A total of ____ # ____ rule violations since ____.

☐ Other: ____

25. Sentence: ☐ Suspended ☐ Imposed ____ Days 26. Sentence: ☐ Suspended ☐ Imposed ____ Days

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

CHAIRMAN (DISCIPLINARY OFFICER) MEMBER

MEMBER

FORM OP-C-1-a
23 February 2023

(N)

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: **David Wade Correctional Center**

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Dantin, Cody** | **515835** | **14-Jan-2026** | **Approx. 0855** |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| **N1B-Tier** | **U/A** | **N1B-10L** |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| **Disobedience, Aggravated** | **#5** |

10. Description of Incident (Include all relevant information – "unusual Inmate behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

**On the above date and approximate time, I Capt. Greer was notified to 10-19 N1. Upon my arrival I was informed by M/Sgt. David Corbin that while conducting N1B-Tier showers, he observed inmate Markell Woods #623804 walking up the tier, after he completed his shower. M/Sgt. Corbin informed me that he gave inmate Woods a direct verbal order to return back to his assigned cell (N1B-12). Inmate Woods complied. M/Sgt. Corbin then observed a liquid substance being thrown out of cell #10 which houses inmate Cody Dantin #515835, striking inmate Woods on his upper body area, utilizing a cereal carton. I, Capt. Greer gave inmate Dantin several direct verbal orders to come to the cell bars to be restrained, inmate Dantin refused all orders. I then administered a burst of chemical agent to the back of his head and shoulder area. Inmate Dantin then complied. Inmate Dantin was seen by medical, offered the use of the telephone and placed on Investigative Seg. See attached UOR's**

11. Inmate Placed in Administrative Segregation ☒ Yes ☐ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| *Jamichael Greer* (signature) | **Jamichael Greer, Capt. Wade 24** |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| **14-Jan-2026** ✓ | **1250** | *Capt. Greer 14 JAN 2026 1751* | *Refused to Sign* |

18. Plea by Inmate: ☐ Not Guilty ☐ Guilty *1/21/26*

19. Verdict: ☐ Not Guilty ☒ Guilty

20. Date of Hearing: *1-21-26*

21. Counsel Substitute: *#11206*
DOC #:

22. Disciplinary Court Motions: Refer to Form OP-C-1-b.

23. Reasons For Disposition:
☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
☐ The officer's version is determined to be more credible than the Inmate's. ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
☐ Other ______

24. Reasons for Sentence:
☐ Seriousness of offense ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of *6* rule violation(s). A total of ______ Schedule B violations since: ______.

A total of *5* # ______ rule violations since ______.

☐ Other: ______

| 25. Sentence: ☐ Suspended ☐ Imposed ______ Days | 26. Sentence: ☐ Suspended ☐ Imposed ______ Days |
|---|---|
| *15 Days Dis Seg* | |

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

*(signature)* Lt Col
CHAIRMAN (DISCIPLINARY OFFICER)

*Defiend*

*(signature)*
MEMBER

MEMBER

FORM OP-C-1-a
23 February 2023

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: **David Wade Correctional Center**

| | | | |
|---|---|---|---|
| 1. Name of Inmate<br>**Dantin, Cody** | 2. Number<br>**515835** | 3. Date of Incident<br>**14-Jan-2026** | 4. Time of Incident<br>**Approx. 0900** |
| 5. Place of Incident<br>**N1B-Tier** | 6. Job Assignment (Inmate)<br>**U/A** | 7. Housing Assignment (Inmate)<br>**N1B-10L** | |
| 8. Rule Violated<br>**Contraband** | 9. Rule Number<br>**#1** | | |

10. Description of Incident (Include all relevant information – "unusual Inmate behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

**On the above date and approximate time, I Capt. Greer was notified to 10-19 N1. Upon my arrival I was informed by M/Sgt. David Corbin that while conducting N1B-Tier showers, he observed inmate Markell Woods #623804 walking up the tier, after he completed his shower. M/Sgt. Corbin informed me that he gave inmate Woods a direct verbal order to return back to his assigned cell (N1B-12). Inmate Woods complied. M/Sgt. Corbin then observed a liquid substance being thrown out of cell #10 which houses inmate Cody Dantin #515835, striking inmate Woods on his upper body area, utilizing a cereal carton. I, Capt. Greer gave inmate Dantin several direct verbal orders to come to the cell bars to be restrained, inmate Dantin refused all orders. I then administered a burst of chemical agent to the back of his head and shoulder area. Inmate Dantin then complied. The cereal carton was confiscated and no other contraband was found. Inmate Dantin was seen by medical, offered the use of the telephone and placed on Investigative Seg. See attached UOR's**

11. Inmate Placed in Administrative Segregation ☒ Yes ☐ No

12. Signature of Reporting Employee: [signature]

13. Name, Title, Assignment (Print): **Jamichael Greer, Capt. Wade 24**

14. Date of Report: **14-Jan-2026**

15. Time of Report: **1255**

16. Report (copy) given to above Inmate by: Capt. Greer 14 Jan 2026 1744

17. Inmate's Signature: Refused to sign

18. Plea by Inmate: ☐ Not Guilty ☐ Guilty

19. Verdict: ☐ Not Guilty ☐ Guilty

20. Date of Hearing: 1-21-26 1/9/26

21. Counsel Substitute: 1/17/26

DOC #:

22. Disciplinary Court Motions: Refer to Form OP-C-1-b.

23. Reasons For Disposition:
- ☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
- ☐ The officer's version is determined to be more credible than the Inmate's. ☐ Pled guilty/accepted guilty plea.
- ☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
- ☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
- ☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
- ☒ Other

24. Reasons for Sentence:
- ☐ Seriousness of offense ☐ The need to protect the institution, employees or other.
- ☐ Poor conduct record. A total of ______ rule violation(s). A total of ______ Schedule B violations since: ______.
  A total of ______ # ______ rule violations since ______.
- ☐ Other: ______ / 10

25. Sentence: ☐ Suspended ☐ Imposed ______ Days
10 Days Dis Seg

26. Sentence: ☐ Suspended ☐ Imposed ______ Days

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

Deferred

CHAIRMAN (DISCIPLINARY OFFICER) [signature]

MEMBER [signature]

MEMBER [signature]

SCANNED
JAN 22 2026

DWCC Form #180 (EMP. #03-06-002)
(Revised 12/08)

# DISCIPLINARY COURT RESTITUTION FORM

DATE: 12/02/2025 Housing: N4C

NAME: Cody Dantin DOC: 515835

You have been charged and found guilty of a rule violation on disciplinary report in which you escaped or attempted to escape from the custody of the Department, caused or attempted to cause damage to a person, item, or piece of property, or injury to a person, or falsely alleged injury or illness, or tested positive for drug use or refused to submit to a test, or stole property which was not recovered. You are being assessed restitution for the cost associated with the escape, repairs or replacement of the property, or of the medical expenses incurred as a result of your being found guilty. The amount of restitution is stipulated on this form. This amount will be withdrawn from your inmate banking account and placed in a "set-aside" account pending final disposition of the appeals process if you elect to appeal. If you do not have sufficient funds in your inmate banking account, your account will be frozen.

AMOUNT OF DAMAGE: A/C of sheets, shirt, towels, flex cuff cutter

#17
Rule Number

Chairperson or Disciplinary Clerk

Member

Member

DATE: 12/2/25

Cody Dantin 515835
Inmate Signature and DOC Number

Witness