**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAR 3 1 2026
DANIEL J. McCOY, CLERK
BY:

**CASE NUMBER: DWCC-2025-0440**

**SECOND STEP RESPONSE FORM**
**(HEADQUARTERS)**

TO: DANTIN, CODY 515835
Offender Name and Number

DWCC
Living Unit

Received in this Office on 01/05/2026:

Your request for an Administrative review of ARP# DWCC-2025-0440 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your allegations have been considered. There is no reason to doubt the credibility of the information provided by in the first step response nor the documentation that was forwarded to support said findings. The first step response provided is clear and concise, as well as has addressed your request appropriately. You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise. As such, this office concurs with staff and finds no further investigation warranted. The statements you made in your request to proceed to step two do not substantiate your allegations. You are encouraged to inform security staff when you feel your life is in danger or to contact your classification officer when you want your housing assignment to be changed so your concernment can be addressed directly by them when the need arises.

Your request for relief is denied.

3-10-26
Date

Secretary's Signature or His Designee