RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY - 7 2026
BY: DANIEL J. McCOY, CLERK
Sec P
883

# Supplemental Complaint
# Preliminary Injunction | Permanent Injunction

25-cv-580

Everywhere I go Im having Problems with the inmates. I was placed on, CCR N-4-B#10 A Inmate spit on me wile I was laying down, striking me on my side of my head and body. I got Kicked off of CCR, wile he went back I got displinary days 60 days I was placed P2 they took my Protection I was placed with A 2 man Cell. Security is Retallyateing on me. The same Major Gilletine wrote me up for curseing wile I was going through mental Angush and stress, Im trying to get on meds for my suffering because of this. The CCR tier N-4-B is A tier where Violent offenders are placed one of your Response's Said I was placed on Another Tier that Never happend. Im getting Kicked off and my Protection took. Can you please get me to CCR I been mulested when I was A Kid Im not feeling safe to go in a cell with another Inmate And I told on alot of Inmate that part you know. I need Protection/CCR. Im sicared for my life Im forced to go in a cell with other offenders.

I Swear under the penalty of perjury that everything is true and Correct....

Signed this, 29th, day of, April, 2026

Cody Dauntu

#S15835

N-4-D#4

4-29-26

Im going through alot of mental Angush and stress trying to find A med. for my suffering /mental stress. I Can't focuss correctly I need Attorney Im stressed Bad because of my mental Angush. One Inmate that struck me first went back and I got 60 days an P1 Kicked off CCR.... Im being treated diffirent Im scared for my life and Im scared for my family's safety as well. They have A good protection here N-1-A N 5, or #5 they have A place to put me but they Refuseing to take care of this situation. This is A very big situation Im stressed And I Need A Lawyer Im loseing some of my mind.

Cooly C. Dant

#515835