**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

CODY C. DANTIN                                    CIV. ACTION NO. 5:25-00580 SEC P

VERSUS                                               JUDGE S. MAURICE HICKS, JR.

MICHELE DAUZAT, ET AL.                       MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, including the written objection [doc. # 85] and response [doc. # 90] filed,

**IT IS ORDERED** that Defendants' Rule 12(b)(6) motion [doc. # 65] is **GRANTED IN PART** and that Plaintiff's Cody C. Dantin's excessive force claim related to the initial spraying is hereby **DISMISSED**, with prejudice.

**IT IS FURTHER ORDERED** that the motion to dismiss [doc. # 65] is **DENIED** as to the allegations of use of force after the initial spraying, as this conduct has not been properly addressed in the motion.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of July, 2026.

S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT