DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
STATE OF LOUISIANA
DAVID WADE CORRECTIONAL CENTER

JEFF M. LANDRY
GOVERNOR

GARY E. WESTCOTT
SECRETARY

# AFFIDAVIT

STATE OF LOUISIANA
PARISH CLAIBORNE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**NIKKI MCCOY,** who, being by me duly sworn, did dispose and state:

- That she is employed by the Louisiana Department of Public Safety as Executive Management Officer at David Wade Correctional Center in Homer, Louisiana.
- That the attached are true copies of **Administrative Remedy Procedure (ARP) for Cody Dantin #515835.**
  - **ARP-DWCC-2025-0197**
  - **ARP-DWCC-2025-0440**

Nikki McCoy
Executive Management Officer

SWORN TO and subscribed before me this 8th day of July, 2026, at Homer, Louisiana.

Brenda Acklin #57447
Deputy Warden
Ex-Officio – Notary
LA Department of Corrections

Exhibit
B

DWCC-2025-0??? N4A 0700 Nolin

# Administration Remedy Proceedure

This A Request FOR A Administration Remedy Proceedure

Cody C. Dantin, #515835, 3-24-25 / 9:00 Pm to 3:00 Am
Offender Name, Doc #, Date & Time of Incident

RECEIVED APR 15 2025 DWCC Warden's Office

D.W.C.C. N-4-A #13, 3-29-25 / ONGoing
Place of Incident, Date of Complaint

ACCEPTED APR 15 2025 D.W.C.C. Warden's Office Administrative Remedy Procedure

Warden, Michele Dauzat;

"Fact's"

1) Hunts, E.H.C.C., sent me here from Angola on Protection because my life is in great danger see, my fileing's, Docket for case#: 2:24-cv-02789-DJP;

2) I arrived here at, D.W.C.C. 2-10-25. I got off of the bus an went straight to, N-4-C #4 because they said that was A Super Max Tier. "Super Max" I stayed from 2-10-25 to 3-17-25 I got moved to N-4-A #13 ON, 3-17-25

4) Auther Bastadau N-4-C-#2, told the guys on N-4-A, when they went on yard that I work for Warden, Dauzat. I got moved to N-4-A to see what he got going on Back here. That he got set up from some, "CI's," wile at "angola;" An got some Fed time. He told them he got Big money or drug's on my head.

5) From date of 3-17-25 to 3-20-25 someone got busted throwing a Knief to another cell bettween Cell #5 and #1. From date of; 3-17-25 to 3-24-25 I Listen to the Inmates sharpen Knief's an saying how they going to Kill me to get shiped away from here. I told security "save camera Footage", N-4-A, 3-24-25

6) Save all camera footage date, 3-24-25 N-4-A Time 9:30 P.M. Till Im escorted off of N-4-A with all the lights off on tier. Out in the Lobby Placed inbettween A an B-Tier pipechase orderded to get on my Knee's fully Restraint for 2 hour's or more wile I was beat and sprayed over and over by Major Nathaniel Gillentine an Capt. Davis. Major Gillentine Deactivevated Body Cam in Lobby when Im screaming for help that my life is in danger an that the whoel tier door's broke they have Knifes to Kill me. Review an save Major Gillentine's Body camera footage 3-24-25 - 3-25-25 Also save Capt. Davis Body Camera footage;

7.) After being beat an sprayed over an over in Lobby inbettween N-4-A an B-Tier, I was escorted to B-Tier shower to shower then placed in cell #2 on B-Tier;

8.) Wile I was in the cell #2 B-Tier Sgt. Crane was walking up an down N-4-B showing inmates my Letter about me saying Im scared for my Life. Auther N-4-C # got money on my head or drug's. Save camera footage sgt Crane at cell #4 N-4-B all Nite. 3-25-25 A.M. Putting my Life in more danger telling Inmates my letter and letting them Read it;

9.) All my rights, to protection has been Violated Also my 1st, 8th an 14th Amindment's also;

"Requested Reliefe"

1.) That I go to, Protection/CCR or somewhere safe here an Not get shiped Auther say he will touch me anywhere in the state of Louisiana;

2.) That all camera footage on N-4-A, The Lobby N-4 an N-4-B date 3-24-25 be saved. over to date 3-25-25;

3.) Save major Nathaniel Grillentine Bodycam date 3-24-25; Also Capt. Davis Body cam;

4.) That this; "ARP," be accepted with out fail

5.) That I be paid $ 500,000.00 for my sufering An if anything happen's to me from this date of 3-28-25 that my family/sister be Paid an additional $ 5,000,000.00 so she can take care of my Kids an she can deal with her sufering from all this;

Danielle Molaison
#985-637-1786

[signature]
Submitted/3-28-25
#515835

DWCC Form #414 (revised 01/24)

# Department of Public Safety & Corrections

State of Louisiana

David Wade Correctional Center

JEFF M. LANDRY
Governor

JAMES M. LE BLANC
Secretary

TO: ARP SCREENING OFFICER

RE: WITHDRAW ARP

I, Cody Dantin WISH TO WITHDRAW THE FOLLOWING ARP(s) ARP-DWCC-2025- 0197. I AM DROPPING THE SAID ARP(S) OF MY OWN FREE WILL WITHOUT PERSUASION OR COERCION FROM ANYONE.

Cody Dantin 515835
Inmate Signature and Doc #

April 22, 2025
Date

Msgt Rowland
Witness Signature and Title

DWCC Form #414 (revised 01/24)

# Department of Public Safety & Corrections
## State of Louisiana
David Wade Correctional Center

**JEFF M. LANDRY**
Governor

**JAMES M. LE BLANC**
Secretary

TO: ARP SCREENING OFFICER

RE: WITHDRAW ARP

I, Dantin, Cody #515835 WISH TO WITHDRAW THE FOLLOWING ARP(s) ARP-DWCC-2025-01961. I AM DROPPING THE SAID ARP(S) OF MY OWN FREE WILL WITHOUT PERSUASION OR COERCION FROM ANYONE.

Cody Dantin 515835
Inmate Signature and Doc #

4-23-25
Date

Nathaniel Gillett Major
Witness Signature and Title

RE: DANTIN, CODY 515835

LOCATION: N4A

---

I hearby acknowledge receipt of form ARP - 1 regarding request for remedy number: DWCC-2025-0197 .

RECEIVED BY: Cody Dantin

DATE RECEIVED: 15 Apr 25

DELIVERED BY: [illegible]

---

I hearby acknowledge receipt of form ARP - 2 regarding request for remedy number: DWCC-2025-0197 .

RECEIVED BY: ______________________________

DATE RECEIVED: ______________________________

DELIVERED BY: ______________________________

---

I hearby acknowledge receipt of form ARP - 3 regrading request for remedy number: DWCC-2025-0197 .

RECEIVED BY: ______________________________

DATE RECEIVED: ______________________________

DELIVERED BY: ______________________________

---

I hearby acknowledge receipt of form ARP - 4 regrading request for remedy number: DWCC-2025-0197 .

RECEIVED BY: ______________________________

DATE RECEIVED: ______________________________

DELIVERED BY: ______________________________

---

RECEIVED
JUL 22 2025
DWCC
Warden's Office

"Emergency ARP" DWCC-2025-0440
B/L N4C 0403
Kimball

Administration Remedy Procedure

This A Request For A Administration Remedy Procedure

Cody C. Dantin, #515835, 7-13-25 / 9:00 P.M.
Offender Name, DOC #, Date & Time of Incident

D.W.C.C / N-1-B#15 / CCR, 7-13-25 / ONGOING
Place of Incident, Date of Complaint

ACCEPTED
NOV 06 2025
D.W.C.C. Warden's Office
Administrative Remedy Procedure

Warde, michele Dauzat;

"Facts"

1.) I got placed here, N-1-B#15, because, my life is in seriouse danger, I told on alot of Inmate's at Angola and Hunts Now as A Result I have drug cartel After me.

2.) Im on tier with another, "Drug cartel", Lee Lucas, that is paying Inmates on this tier to Kill me because I got alot of his Drug Potna's Busted.

3.) 6 or 8 Inmate's has big Kniefs sharpn, them on the floor, I hear them. I Reported it to Security I had my family E-mail warden, Dauzat, E-mail La.gov and E-mail Gary E. Westcott. mr. westcott Responded and said to file this, "ARP", my family has the E-mail.

4.) I worked with, Law Enforcement / Security, being told I was going to get Protection. Im Now Housed on N-1-B#15 with the most violent offende's / Drug Cartel / Lee Lucas "Kevin Gates", Dad A Very High Power Drug Dealer.

5.) My family ~~[scribbled out]~~ told mr. Westcott Lee Lucas has Inmate sharpn Kniefs and Braking Door's Im scared for my life plese put me on, N-1-A, so I don't lose my life he Responded file this and Request it.

6.) When my life is in danger and when I Report it security has a duty to make sure my life is Protected and Im served Protection as a Result.

7.) Im Reporting whats going on they have Kniefs and they/Inmate's Broke they door's to Kill me security Needs to come Shak Down get these Kniefs and fix the door's for my safety and security's as well.

8.) When my family E-mailed yall and Informed yall as well as me writing this, this is Deliberit Indiffirence when yall aware/Informed and don't act on it.

9.) Security Needs to please come Shak Down get these Kniefs fix the door's And Place me on N-1-A where Im safe.

10.) Im No diffirent from any offender on N-1-A where I Need to be Placed.

I swear, under the Penalty of Perjury that everything is true and correct....

Signed, this, 13th, day of, July, 2025....

Cody C. Danton
#515835
N-1-B #15/CCR

David Wade Correctional Center
670 Bell Hill Rd.
Homer, La 71040

"Requested Relief"

1.) That I please be placed on, N-1-A/CCR Protection away from High Power, Drug cartel Drug Dealer's/ "Lee Lucas," And his Potnas, here/ Hit men;

2.) That N-1-B/CCR, Gets Shak Down get these Kniefs and fix these door's for security safety as well as mine. ASAP 7-14-25 without fail;

3.) That this, "ARP", gets accepted Now 7-14-25 and action is taken ASAP; Like Westcott's Response;

4.) My family called the court let them Know about this fileing and if anything happen's to Me from this date, 7-14-25 that my sister Danielle Molaison is Paid $10,000,000.00 for yall failing to act.

5.) If Im Not moved, 7-14-25 to N-1-A and something happens to me that Classification and Administration as well as Warden's that fit is fired for fail to Protect.

I swear under the penalty of Perjury that everything is true an Correct....

Signed this, 13th, day of, July, 2025....

Cody C. [signature]
#515835
N-1-B #15

David Wade Correctional Center
670 Bell Hill Rd.
Homer, La 71040

CASE NUMBER: DWCC-2025-0440

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: DANTIN, CODY 515835

N4C
Living Quarters

Response to request dated 7/13/25, received in this office on 07/22/2025

I have reviewed your grievance received on 22-July-2025 concerning your complaint in relation to you not being properly housed due to your need for protective custody. Upon review I observe that you were properly housed on Protective Custody Level 2 (CCR). At that time you were properly housed. I see that now you are, due to rule violations, housed on Preventative Segregation Level 1. I would implore you to work towards improving your conduct.

Prepared by: [signature]
Ryan Kimball, Asst. Warden

11.25.25
Date

[signature] Brenda Acclis
Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( ) I am not satisfied with this response and wish to proceed to Step Two.

Reason:

______________________________________________

Date

Offender's Signature DOC#

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: DWCC-2025-0440

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: DANTIN, CODY 515835 — Offender Name and Number

DWCC — Living Unit

Received in this Office on 01/05/2026:

Your request for an Administrative review of ARP# DWCC-2025-0440 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your allegations have been considered. There is no reason to doubt the credibility of the information provided by in the first step response nor the documentation that was forwarded to support said findings. The first step response provided is clear and concise, as well as has addressed your request appropriately. You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise. As such, this office concurs with staff and finds no further investigation warranted. The statements you made in your request to proceed to step two do not substantiate your allegations. You are encouraged to inform security staff when you feel your life is in danger or to contact your classification officer when you want your housing assignment to be changed so your concernment can be addressed directly by them when the need arises.

Your request for relief is denied.

3-10-26
Date

Secretary's Signature or His Designee

INMATE: CODY DANTIN 515835 N3D

**SECOND STEP RESPONSE**

THIS WILL ACKNOWLEDGE RECEIPT OF
**ARP-DWCC-2025-0440**

RECEIVED BY: Cody Dantin

DATE RECEIVED: 3/16/2026

DELIVERED BY: Capt. Silver

====================================

**INSTRUCTIONS TO DELIVERY OFFICER:**

1. HAVE INMATE SIGN THIS RECEIPT **AND** THE ENVELOPE.
2. DELIVERY OFFICER SIGNS RECEIPT AND DATES IT.
3. GIVE INMATE CONTENTS INSIDE ENVELOPE

**RETURN RECEIPT AND SIGNED FOLDER TO ARP SCREENING OFFICER.**

**Monday, March 16, 2026**

# MEMO

TO: CODY DANTIN, 515835 – N1B

FROM: SARAH NALITT
Legal Liaison

DATE: December 29, 2025

RE: ARP DWCC-2025-0440

Your request to have the above referenced Administrative Remedy Procedure (ARP) sent to the Secretary has been received.

The necessary documents have been sent to the Secretary for review.

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2025 -0440

TO: CODY DANTIN 515835 — Offender's Name and Number

N4C — Living Quarters

7/13/25
Date of Incident

X ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

REJECTED: Your request has been rejected for the following reason(s):

11/06/2025
Date

Sarah Nalitt
Warden's Signature or Designee

DAVID WADE CORRECTIONAL CENTER
RECEIPT OF BACKLOGGED ARP

INMATE: CODY DANTIN DOC #515835

LOCATION: N4C

INMATE'S SIGNATURE: X Cody Dantin

DATE: 24 July 25

APR DELIVERED BY: Capt R. [illegible]

DATE DELIVERED: 24 July 25

The attached envelope contains ARP-DWCC-2025-0440 for the above named inmate. This Receipt with attached envelope is to be delivered to the inmate named above and signed and dated by him. The employee who delivers the attached letter to the above named inmate must also sign his name above and must indicate the date of delivery. This form and envelope is to be returned to:

Administration Building
Attn: Sarah Nalitt
David Wade Correctional Center
670 Bell Hill Rd.
Homer, LA 71040

TO: CODY DANTIN 515835 N4C

FROM: Sarah Nalitt
Legal Liaison

DATE: July 22, 2025

RE: Administrative Remedy Procedure - Backlog Process

You currently have a Request for Administrative Review at the institutional and/or headquarters level, the request you submitted for administrative remedy that was received in this office on July 22, 2025 will be logged into the ARP system as ARP-DWCC-2025-0440. This request will not be handled until all previously accepted requests have been completed at the institutional and/or Headquarters level.

Be clearly advised that, when applicable, all additional requests for Administrative Remedy received from you by this office will be processed pursuant to the above Administrative Remedy Procedure.

cc: Inmate File

/nm

DWCC-2025-0440

CT

RE: DANTIN, CODY 515835

LOCATION: ~~N4C~~ N1 B1D

---

I hearby acknowledge receipt of form ARP - 1 regarding request for remedy number: DWCC-2025-0440 .

RECEIVED BY: ______________________

DATE RECEIVED: ______________________

DELIVERED BY: ______________________

---

I hearby acknowledge receipt of form ARP - 2 regarding request for remedy number: DWCC-2025-0440 .

RECEIVED BY: X Cody Dantin

DATE RECEIVED: 26 Nov 25

DELIVERED BY: Capt [illegible]

---

I hearby acknowledge receipt of form ARP - 3 regrading request for remedy number: DWCC-2025-0440 .

RECEIVED BY: ______________________

DATE RECEIVED: ______________________

DELIVERED BY: ______________________

---

I hearby acknowledge receipt of form ARP - 4 regrading request for remedy number: DWCC-2025-0440 .

RECEIVED BY: ______________________

DATE RECEIVED: ______________________

DELIVERED BY: ______________________

DWCC-2025-0440

C-1

RE: DANTIN, CODY 515835

LOCATION: N4C

---

I hearby acknowledge receipt of form ARP - 1 regarding request for remedy number: DWCC-2025-0440 .

RECEIVED BY: Cody D[illegible]

DATE RECEIVED: 6 Nov 24

DELIVERED BY: [illegible signature]

---

I hearby acknowledge receipt of form ARP - 2 regarding request for remedy number: DWCC-2025-0440 .

RECEIVED BY: ____________________

DATE RECEIVED: ____________________

DELIVERED BY: ____________________

---

I hearby acknowledge receipt of form ARP - 3 regrading request for remedy number: DWCC-2025-0440 .

RECEIVED BY: ____________________

DATE RECEIVED: ____________________

DELIVERED BY: ____________________

---

I hearby acknowledge receipt of form ARP - 4 regrading request for remedy number: DWCC-2025-0440 .

RECEIVED BY: ____________________

DATE RECEIVED: ____________________

DELIVERED BY: ____________________