25-cv-0580
sup
RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 0 3 2026
DANIEL J. McCOY, CLERK
BY: mdh

U.S. Western District 5-6-25

I Recived, some legal mail from this court that I filed against this facility, D.W.C.C. the middle District court Responded to me saying [redacted] that they Transfered my fileing's to this District/Western District. my first fileing's was filed in, Eastern District from Angola. That was the wrong venue A fileing Against Angola, ARP/Greivence, the corect venue to file, 1983 Form, is to be filed in the [redacted] middle District. The Parties involved in that case are, Warden Rosso, Col. Barnard, Major lamana Capt Reed, Major Lacombre, Sgt. Crane.... All these Parties are from Angola. Failuer to Protect Forcefully Putting my life in Danger, Dissposing of my, "ARP," All these are some seriouse fileing's an I Need Protection/CCR. The fileing against Warden michele Dauzat, is a separet fileing and this is the correct District for that fileing. Can yall please inform me and let me Know if yall Recieved all my fileings?!?! OR did yall only Recive my fileings on D.W.C.C, date of complaint. 3-24-25 any other fileings Needs to be Transfered back to, the correct venue, is middle District. Im scared for my life. Im not safe in louisiana at any other facility this is the safest, max security facility for me at [redacted] this time/ but I need Protection/CCR. Im being punished and having to stay on displanary because you have to lose your life befor anything happens I'll Kill somebody befor I lose my life. or I'll take A chance an excape if I get shiped. Im under alot of, mental stress an Anguish.....

Cody
[signature]
#515835
N-4-B #4

"Motion For The Appointment of Counsel"

Plaintiff, Cody G. Dantin, pursuant to, §1915, requests this Court to appoint counsel to represent me in this case for the following reasons;

1) The plaintiff is unable to afford counsel.

2.) The issues involved in this case are complex.

3.) The plaintiff, as a Segregation inmate, has extremely limited acess to the law library.

4.) Over 30 days ago, the plaintiff wrote letters to three attorneys, Donna Gardner, Brittany K. Barnett, an Jessica Jackson, asking them to handle this case but, I have yet heard from any of them.

5.) The plaintiff has a limited Knowledge of the law.

WHEREFORE, this Honorable Court should appoint counsel to represent the plaintiff.

Date,

Cody G. Dantin

David Wade Correctional Center
670 Bell Hill Rd.
Homer, La 71040

Declaration In support of Plaintiff's motion For The Appointment of counsel

Cody C. Dantin, states:

1.) I am the plaintiff in the above-entitled case. I make this declaration in support of my motion for this appointment of counsel.

2.) The complaint in this case alleges that the plaintiff was subject to the misuse of force by several correctional officers, some of whom actively beat an sprayed me over an over, wile I'm a Diabetic, asking for protection. Wile other security watched and failed to intervene. It alleges that supervisory officals were aware of the violent propensities of some of the officers and are Liable for failing to take action to control them. The plaintiff was subsequently denied due process in a disciplinary hearing when I Requested for Protection by a hearing officer.

3.) This is a complex case because it contains serveral different legal claims, with each claim involving a different set of defendants.

4.) The case involves medical issues that may require expert testimony.

5.) The plaintiff has demanded a jury trail.

6.) The case will require discovery of documents and deposition of a numbe of wittnesses.

7.) The testimoney will be in sharp conflict, since the plaintiff dose not have a high school education only compleated 7th grade. And has No legal education.

8.) The testimoney will be in sharp conflict, since the Plaintiff alleges that the defendants failed to Protect Him wile an after he informed them Life was in danger and No Hearing was held to be Placed on Protection.

9.) Plaintiff is serving a sentence in punitive segregation, for this reason, he has very limited access to Legal materials and has no ability to investigate the facts of the case.

10.) As set forth in the memorandum of Law submitted with this motion, these facts, along with the legal merit of plaintiff's claims, support the apointment of counsel to represent the plaintiff.

Wherefore, the plaintiff's motion for apointment of counsel to represent the plaintiff should be granted.

Pursuant, to 28 U.S.C. §§ 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this, 22, day of, May 2025.

Cooley Dante #515835 D.W.C.C.
Signed N-4-B#4

"Motion For The Appointment of Counsel"

Plaintiff, Cody C. Dantin, pursuant to, §§ 1915, requests this court to appoint counsel to represent him in this case for the following reasons;

1.) The plaintiff, is unable to afford counsel.

2.) The issues involved in this case are complex.

3.) The plaintiff, as a segregation inmate, has extremely limited acess to the law library, and dose Not Know the law.

4.) Over, "30", days ago the Plaintiff wrote letters to three attorney's, Donna Gordner, Brittany K. Barnett, an, Jessica Jackson, asking them to handle this case but, I have yet heard from any of them.

5.) The, Plaintiff has a limited Knowledge of the law.

WHEREFORE, this Honorable court should appoint counsel to represent the Plaintiff....

Date, 5-22-25

Cody C. Dantin
Signed

David Wade Correctional center
670 Bell Hill Rd.
Homer, La 71040

# Declaration In Support of Plaintiff's motion FOR The Appointment of Counsel

Cody C. Dantin, states:

1.) I am the plaintiff in the above-entitled case. I make this declaration in support of my motion for this appointment of counsel.

2.) The Complaint in this case alleges that the plaintiff was subject to the misuse of force by forcefully putting my life in danger an fail to Protect my life as A Result that forced me to cut/Harm myself to get away from Inmate's trying to Kill me because I told on some Inmates that was planing to Kill me. Superrisory officals were aware also mental Health. And Both are liable for failing to take action for over A year. The Plaintiff was subsequently denied due process an Request's for Protection.

3.) This is a complex case because it contains several different legal clams, with each claim involving a different set of defendants.

4.) The case involves medical issues that require expert testimony.

5.) The plaintiff has demanded a jury trial.

6.) The case will require discovery of documents and deposition of a number of wittnesses.

7.) The testimony will be in sharp conflict, since the plaintiff alleges that the defendants assaulted him, wile informing them my life was in danger.

8.) The plaintiff dose not have a high school education only compleated 7th grade. And has No Legal education.

9.) The plaintiff is serving a sentence in punitive segregation. For this reason, he has very limited access to legal materials and has no ability to investigate the facts of the case.

10.) As set forth in the Memorandum of Law submitted with this motion, these facts, along with the legal merit of plaintiff's claims, support the appointment of counsel to represent the plaintiff.

WHEREFORE, the plaintiff's motion for appointment of counsel to represent the plaintiff should be granted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this, 22, day of May, 2025.

Cody G. [signature]
Signed

RECEIVED
APR 04 2025
BY:

Administration Remedy Proceedure
This A Request FOR A Administration Remedy Proceedure

Cody C. Dantin #515835, 3-24-25 / 9:00 Pm to 3:00 Am
Offender Name Doc #, Date & Time of Incident

D.W.C.C. N-4-A #13, / ONGoing
Place of Incident, Date of complaint

Warden, Michele Dauzat;
"Fact's"

1) Hunts, E.H.C.C., sent me here from Angola on Protection because my Life is in great danger see my fileing's, Docket for case #: 2:24-cv-02789-DJP;

2.) I arrived here at, D.W.C.C. 2-10-25. I got off of the bus an went straight to, N-4-C #4 because they said that was A super Max Tier. "super Max" I stayed from 2-10-25 to 3-17-25 I got moved to N-4-A #13 ON, 3-17-25

4.) Auther Bastadau N-4-C-#2, told the guys on N-4-A, when they went on yard that I work for Warden, Dauzat. I got moved to N-4-A to see what he got going on Back here. That he got set up from some, "CI's," wile at "angola," An got some Fed time. He told them he got Big money or drug's on my head.

5.) From date of 3-17-25 to 3-20-25 someone got busted throwing a Knief to another cell between cell #5 and #1 From date of; 3-17-25 to 3-24-25 I Listen to the Inmate's sharpen Knief's an saying how they going to Kill me to get shiped away from here. I told security save camera Footage, N-4-A, 3-24-25

6) Save all camera footage date, 3-24-25 N-4-A Time 9:30 P.M. Till Im escorted off of N-4-A with all the Lights off on tier. Out in the Lobby Placed inbettween A an B-Tier pipechase orderded to get on my Knee's fully Restraint for 2 hour's or more wile I was beat and sprayed over and over by Major Nathaniel Gillentine an Capt. Davis. Major Gillentine Deactivevated Body Cam in Lobby when Im screaming for help that my life is in danger an that the whoel tier door's broke they have Knief to Kill me. Review an save Major Gillentine's Body camera footage 3-24-25 - 3-25-25 Also save Capt. Davis Body Camera footage;

7.) After being beat an sprayed over an over in Lobby inbettween N-4-A an B-Tier, I was escorted to B-Tier shower to shower then placed in cell #2 on B-Tier;

8.) Wile I was in the cell #2 B-Tier Sgt. Crane was walking up an down N-4-B showing inmates my letter about me saying Im scared for my Life Auther N-4-C # got money on my head or drug's. Save camera footage Sgt Crane at cell #4 N-4-B all Nite. 3-25-25 A.M. Putting my life in more danger telling Inmates my letter and letting them Read it;

9.) All my rights, to protection has been violated Also my 1st, 8th, an 14th Amindment's also;

"Requested Reliefe"

1.) That I go to, Protection/CCR or somewhere safe here an Not get shiped Auther say he will touch me anywhere in the state of Louisiana;

2.) That all camera footage on N-4-A, The Lobby N-4 an N-4-B date 3-24-25 be saved. over to date 3-25-25;

3.) Save major Nathaniel Gillentine Bodycam date 3-24-25; Also Capt. Davis Body cam;

4.) That this "ARP" be accepted with out fail

5.) That I be paid $ 500,000.00 for my sufering An if anything happen's to me from this date of 3-28-25 That my family/sister be Paid an additional $5,000,000.00 so she can take care of my Kids an she can deal with her sufering from all this;

Danielle Molaison
#985-637-1786

Cody G. Dant[illegible]
Submitted/3-28-25
#515835

# Plaintiff's First Request For Production of Documents

Pursuant to Rule 34, Fed. R. Civ. P., the plaintiff requests that the defendants produce the documents Listed within 30 days, either by providing the Plaintiff with copies or by making them available to the plaintiff for inspection and copying.

1.) Any and all grievances, complaints, letters/documents that Plaintiff filed/sent to prison staff, stating that, Plaintiff's, life is in seriouse, danger that he is seeking Protection here at, D.W.C.C an Not get shiped down South because, Plaintiff told on alot of Inmates at Angola and Hunts Now Im forced to cut myself to get away from loseing his life. Plaintiff is getting Beat and sprayed at every Facility when he gets scared for his life listening to Inmates sharpn Knifes on floor hallaring back and forth about Killing him. I inform Security write them a letter hand it to them on camera they walk up and Down the Teir showing Inmates what I say or write Putting Plaintiffs life in more seriouse danger.

2.) Any and all policies, directives, or instructions to staff concerning the use of tear gas or other chimical agents by D.W.C.C staff.

3.) Any and all policies, directives, or instructions to staff concerning the use of force by D.W.C.C staff.

4.) Any logs, lists, or other documentation reflecting grevances filed by the, D.W.C.C Inmates, over the past year of my filing. 3-24-25

5.) Any and all documents to staff members or any other Department of Correction employee or offical in response to a grievance filed by Plaintiff from 12-8-23 to the date of this fileing stateing / Requesting Protections.

6.) That capt. Davis Body camerafootage Be saved and shown to this court. 3-24-25

7.) That Major. Nathaniel Gillentine Body camera-footage Be saved and shown to the Court.

8.) That N-4-A Tier Hall camerafootage be saved and N-4-loby where I was Placed for 2 hours Beat and sprayed wile Being a very Bad Diabetic, taking 6 Shots a day Asking for protection.

9.) That N-4-B Teir camerafootage be saved for courts to Review.

I swear, under the penalty of perjury that everything is True and correct.

Signed this, 18th, day of, June, 2025.

Cody G. Dant

Signed

# Motion To Amend

Major. Nathaniel Gillentine and Capt. Davis used excessive force By spraying me with chemical agent wile I was in my cell with my door tied I posed No threat. Major filled out Report see Attached write up.

1.) Major Gillentine, falsefiy Documents I Never complied Like he stated. I was scared because I gave Sgt. Crane A Letter statting I was scared for my Life. I told on Inmates at Angola and Hunts. Now here, I have, Arthur Basaldua # 531174, telling inmates here I work for Warden Dauzat and he has Big money or drugs on my head. Sgt. crane told me I was not getting moved, he left my cell with the letter stoped at a few cells Reading the letter to them I got scared tied my cell door shut. Review N-4-A Camerafootage 3-24-25

2.) When major Gillentine arrived at my cell, I handed him A letter stating the same thing. And I tryed to tell him whats going on Im scared please move me. He said Im Not getting moved to untie the door. Review camera footage N-4-A and also Major Gillentine and Capt. Davis Body camerafootage 3-24-25

3.) I should have never been sprayed with chemical agent because I never Posed No Threat Im a very Bad Diabetic take 6 shots a day. Im on alot of med. Health Problems axienty, I have panic attacts because of this ongoing situation.

# Motion To Amend

Major Nathaniel Gillentine and Capt. Davis used excessive force, By spraying me with chemical agent wile I was in my cell with my door tied. I posed No threat. Major Gillentine filled out Report see Attached write up.

1) Major Gillentine, falseifiy Documents. I never complied like he stated. I was scared becaus I gave Sgt. Crane A Letter statting I was scared for my Life. I told on Inmate's at Angola an Hunts Now here I have, Aurthur Basaldua #531174, telling inmates here I work for warden Dauzat, an he has big money or drugs on my head. Sgt. Crane told me Im not getting moved, he left my cell with the letter stoped at a few cells Reading the letter to them. I got scared tied my cell door shut. Review N-4-A camerafootage 3-24-25

2) When Major Gillentine arrived at my cell, I handed him A letter stating the same thing. And I tryed to tell him whats going on. Im scared please move me. He said Im Not getting moved to untie the door. Review camerafootage N-4-A, and also Major Gillentine and capt. Davis Body camera footage. 3-24-25

3) I should have never been sprayed with chemical agent, because I Never Posed No Threat Im a very Bad Diabetic take 6 shots a day. Im on alot of med./Health Problems, Axienty, I have Panic attacts because of this on going situation.

4.) I was sprayed wile my cell door Tied I caught a panic attact with chest pains I was screaming for help. It took Major Gillentine and capt Davis 2 hours to get my cell door open. How can I comply an untie my cell door when I was sprayed with chemical agent? I never posed any Threat see Body camera footage. It will show Major. Gillentine Lie on Report. It took 2 hours for Capt. Davis and Major Gillentine to cut through my door because I couldnt breath. screaming for help.

5.) when Capt. Davis and Major Gillentine cut the sheets off of my door. I begged them Not to spray me No more I'm scared because Inmates have Kniefs and they doors Broke to Kill me. I come to the Bars and got Restrained. Review camerafootage N-4-A and Major Gillentine Body cam. 3-24-25

6.) When I come to the Bars and got Restrain I was walked off N-4-A Tier and placed N-4 lobby pipechase inbeetween N-4-A and N-4-B by Major Gillentine and orderd to get on my Knee's wile in full Restraints for the amount of time it took them to get in my cell wile I was sprayed in my eyes, mouth, ear's and face at inch's away over and over hit in my back and Neck and Head when when I would spit chemical agent out my mouth or put my head down or try to get off my Knees and sit They done it out of anger because they had to cut that off my door because I couldnt breath because of chemical agent

4.) I was sprayed with my cell door Tied, I caught A panic-attact with chest pains I was screaming for help. It took major Gillentine and capt. Davis, "2", hours to get my cell door open. How can I comply an untie my cell door when I was sprayed with chemical agent? I Never posed any threat, see Body camerafootage. It will show major Gillentine lie on Report. It took 2 hours for capt. Davis and Major Gillentine to cut through my door because I couldn't breath. screaming for help.

5.) When capt. Davis an Major Gillentine cut the sheets off of my door, I begged them Not to spray me No more. I'm scared because Inmates have Knifes and they doors Broke to Kill me. I come to the Bars and got Restrained. Review camerafootage, N-4-A, and Major Gillentine Body cam. 3-24-25

6.) When I come to the bars and got Restrain, I was walked off N-4-A Tier, and placed N-4, Lobby pipechase inbetween N-4-A and N-4-B by Major Gillentine and orderd to get on my Knees, wile in full Restraints for the amount of time it took them to get in my cell wile I was sprayed in my eye's, mouth, ear's and face at inch's away over and over hit in my back and Neck and Head when I would spit chemical agent out my mouth or put my head down or try to get off my Knees and sit. They done it out of anger because they had to cut that off my door because I couldn't breath because of chemical agent.

7.) All this took place when major Gillentine orderd me to get on my Knees then he stated on Body--cam. Deactiavate Body camera Now. then that was when everything took place Review N-4 Lobby camera from me going to A to B tier N-4 Also Body Camerafootage. Body Camerafootage should have Never been Deactiavated if Im Poseing any Kind of threat.

8.) My Nurves in my face by left eye Twitch. I ask for X-Ray on my Neck and lower Back, Because Im in seriouse pain my Testicals, Now hurt I have to go back to L.S.U. Houspital. My Left ear got infected because of chemical agent was spayed in my ear. Dr. put me on meds for 2 weeks because I had fluid on my eardrum. Im a very Bad Diabetic getting sprayed with chemical agent when seeking Protection. I was wrote up for Rule #5 Aggravated Disobedience for the Hearing I stated on Record I need Protection Col. Walitt told me write or file to warden Zauzat. Review Hearing my statement.

9.) Sgt. Crane put my life in seriouse danger showing and giving my letter to other offenders. Security has very good Knoldge, cardell wilder, been threatning my life telling offenders I Ratted on, Arthur Basaldua #531174 And Security still has me housed around Cardell wilder A very Violent offender with alot of Jail house Charges For stabing and Beating Inmates.

10.) this is cruel and unusual Punishments inflicted Leading to A 8th Amendment claim.

7.) All this took place when major Gillentine orderd me to get on my Knee's. Then he stated on body camera Deactiavate Body camera Now. Then that was when everything took place Review, N-4 - Lobby camera from me going to A to B, Tier, N-4 -, ALSO Body camerafootage, should have Never been Deactivated if Im Poseing any Kind of threat.

8.) My Nurves in my face by left eye Twitch. I ask for, X-Ray, on my Neck and Lower Back, Because Im in seriouse pain my Testicals, Now hurt I have to go back to, L.S.U Houspital. My Left, ear got infected, because of chemical agent was sprayed in my ear. Dr. put me on meds for 2 weeks because I had fluid on my ear drum. Im a very Bad Diabetic getting sprayed with chemical agent when seeking Protection. I was wrote up for Rule #5 Aggravated Disobedience, for the Hearing I stated on Record I need Protection Col. Nalitt told me write or file to Warden, Dauzat. Review Hearing my Statement.

9.) Sgt. Crane put my life in seriouse danger showing and giving my letter to other offender's. Security has very good Knoldge, cardell wilder, been threatning my Life telling offenders I Ratted on, Arthur Basaldua #531174 And security still has me housed around Cardell wilder A very violent offender with alot of Jail house Charges For stabing and Beating Inmates.

10.) This is cruel and unusual Punishments inflicted leading to A, 8th Amendment claim.

# Motion To Amend

Major Nathaniel Gillentine and Capt. Davis used excessive force, By spraying me with chemical agent wile I was in my cell with my door tied. I posed No threat, major Gillentine filled out Report see Attached write up.

1.) Major Gillentine, falseifiy Documents. I never complied Like he stated. I was scared because I gave Sgt. Crane A letter Stating I was scared for my life. I told on Inmates at Angola an Hunts, Now here I have, Arthur Basaldua #531174, telling inmates here I work for Warden Dauzat, an he has big money or drugs on my head. Sgt. Crane told me Im Not getting moved, he left my cell with the letter stoped at a few cells Reading the letter to them. I got scared tied my cell door shut. Review N-4-A camerafootage 3-24-25

2.) When Major Gillentine arrived at my cell, I handed him A letter stating the samething. And I tryed to tell him whats going on. Im scared please move me. He said Im Not getting moved to untie the door. Review camerafootage, N-4-A, and also major Gillentine and capt. Davis Body Camerafootage. 3-24-25

3.) I should have never been sprayed with chemical agent, because I never Posed No Threat Im a very Bad Diabetic take 6 shots a day. Im on alot of med. / Health Problems, Axienty I have Panic attacts because of this on going situation.

Amend: "CCR"

Im in seriouse need / Requesting, Protection / CCR, is a closed [illegible] Restriction area / close custody Houseing where offender's that, Told or Worked with security / Law inforcement or sex offenders, that is scared for their Life and prably never Live around other Inmates because they Life is or can be in great danger. So they are Placed on Protection / CCR / N-5 Protection. I have fileings with Ranking officers stating they made me fill out Protection Forms with details, with Names. I also told on alot more that was took out of the system and some Never Documented. Security Done massif Shake downs 3 times at Angola and once at Hunts when I told some Big time drug Dealers got caught Now I have Big money on my Head. I told on alot of offenders being told by Ranking officers that was the only way they could help me. I never got any Protection always got worst. Im A Very Know Big time Rat going through alot of Mental Stress and Anguish because of this. I can't Never Live around Regular Popalation Again, I will lose my Life. they have 2 diffirent Kind of, "CCR", They have this, "CCR" I stated above that house's Inmates like myself that can never Live in, Genarl Popalation because Im A Known Rat Some say Im a, "C.I", Then they have, "CCR", that house's Inmates [illegible] that are very violent / dangerouis, Fight with security / stab Inmates. And they also house High Profile Drug Dealers that Im not trying be forced around puting my Life in danger going through the same thing or worst Runing for my life. Scared to come out my cell This facility has a good Protection here / CCR / N-5 this facility is A, "Max Security," Facility that is safe for me. Away from Genarl Popalation / Protection

Cooley
Dan[illegible]
#515835
N-4-B#4

Amend: "CCR"

I'm in seriouse need/Requesting, Protection/"CCR", is a closed Restriction area/close custody Houseing where offender's that, Told or worked with security/Low-inforcement or sex offender's, that is scared for their life and probly can never Live around other Inmates because they life is or can be in great danger. So they are Placed on, Protection/CCR/N-S, Protection. I have fileings with Ranking officer's stating they made me fill out Protection Forms with details, with Name's. I also told on alot more that was took out of the system and some Never Documented. Security Done Massive Shake Downs, "3", times at Angola and once at Hunts when I told, some Big time Drug Dealers got caught Now I have Big money on my Head. I told on alot of offender's being told by Ranking officer's that was the only way they could help me. I never got any Protection always got worst. I'm A very Know Big time Rat going through alot of "Mental Stress and Anguis because of this. I can't Never Live around Regular Population, Again, I will lose my Life. They have, "2", diffirent Kind of, "CCR", They have this, "CCR", I stated above that house's Inmates Like myself, that can never live in Genarl Population because I'm a Known Rat some say I'm a, "CI," Then they have, "CCR", that houses Inmate's that are very violent/dangerious, Fight with security/stab Inmates And they also house High Profile Drug Dealers that I'm not trying be forced around putting my life in danger going through the samething or worst Running for my Life. Scared to come out my cell This facility has a good Protection here/CCR/N-S this facility is A, "Max Security", Facility that is safe for me. Away from Genarl Population/Protection....

Amend: "Fail To Protect"

When I arrived here at, D.W.C.C, 2-10-25 for intake. When you come in you go into A Room where Classification, warden, Ryan Kimble, warden, Michele Dauzat, warden, Malcum over south side. And also warden Bergouis / mental Health / medical warden. Are all sitting at table and some standing. this is intake where they classifiy you and decide where they will house you. Warden Dauzat, the head warden over D.W.C.C is in this Room the first person at the left side of the table asking questions. She said you have a very Bad conduct Record I told her yes mam. I have caught alot of displinary Reports because I told on alot of Inmates at Angola and Hunts and my Life is in danger Inmates are after me to Kill me I'm a Know Rat. She asked me if anyone that I Know of here trying to Kill me I told her I don't Know who's here? I told all them in the Room everywhere I go Inmates are after me to Kill me. Then She says you have a History of cutting your self. I told her yes mam I was forced in some very Bad place's and put in Some very Bad situations that forced me to cut myself / Harm mySelf to get away from loseing my life. Angola and Hunts is another world of it's own and very dangerouis. And that was the only way I could get away from danger. I was then classified to go to C-Tier N-4 "Super Max", I stayed there with 3 other offenders then moved 3-17-25 when all this Started taking place. this situation took place I filed on it, it got Rejected. I wrote everyone here Nobody answer any of my letters. I told every security here. I Requested Protection on Record for my Displinary Hearing everyone was informed my first day here.

Cody Danke
#515835
N-4-B#4

Amend: "Fail to Protect"

When I arrived here at, D.W.C.C., 2-10-25 for intake. When you come in you go into A Room where Classification, warden, Ryan Kimble, Warden michele Dauzat. Warden Malcum, over South side. And also Warden Bergouis/mental Health/medical warden. Are all sitting at table and some standing. This is intake where they classifiy you and decide where they will house you. Warden Dauzat, the head warden over D.W.C.C, is in this Room the first person at the left side of the table asking question's. She said you have a very Bad conduct Record, I told her yes mam I have caught alot of displainary Reports, because I told on alot of Inmates at Angola and Hunts and my life is in danger. Inmates are after me to Kill me I'm a Known Rat. She asked me if anyone here that I Know of trying to Kill me? I told her I don't Know who's here? I told all them in the Room everywhere I go Inmate's are after me to Kill me to Kill me. Then she say's you have a history of cutting yourself. I told her yes mam I was forced in some very Bad place's and put in some very Bad situation's that forced me to cut myself/Harm my self to get away from loseing my life. Angola and Hunts is Another world of its own and very dangerious. And that was the only way I could get away from danger. I was then classifiyed to go to, C-Teir N-4, "Super Max", I stayed there with 3 other offender's then moved, 3-17-25 when all this started taking place. I filed on it, it got Rejected. I wrote everyone here Nobody aunser's any of my letter's. I told every security here. I Requested Protection on Record for my Displinary Hearing everyone was, informed my first day here.

Administration Remedy Proceedure

This A Request For A Administration Remedy Proceedure

Cody C. Dantin #515835, 5-22-25/6:00-9:00 P.M.
Offender Name, DOC #, Date & Time of Incident

D.W.C.C/N-4-B, Tier #4, 5-25-25
Place of Incident, Date of Complaint

"Facts"

On the above date an time, Capt. Taylor, brought me "ARP", 2nd, step, Response in Brown Envelope, case: L.S.P-2024--1325, I signed for it. When Capt. Taylor gave me, 2nd step Response. I ~~started~~ reading it, it stated due to your, 2nd step Response, A team from DOC, Head Quarters, carefully Reviewed your, "ARP," and that you already pled guilty to the displinary report in, "DB", court why should 2nd step discredit the credibility of security. When I finish reading response. I new Right then that was not anything to do with me or my situation. I Looked at the Name an date on the response the name on the Response was A, Jeffery Ford, DOC # started with a #4. I then called Capt. Taylor wile he was still on the tier I gave it back to him where I showed him the Name was Not me. But, was in my, 2nd step Envelope that I signed for. Review an save camera footage on N-4-B, Tier, cell #4, I didnt get a chance to scratch out my Name. Capt. Taylor said he it stapled it wrote that the contents on the inside was Not mine, and Returned it. I need my Response for my, 2nd, step for the, case: L.S.P.-2024-1325, so I can go forward....

# "Requested Relief"

1.) That I get my, 2nd, step Response Forwarded to me with out fail case: L.S.P.-2024-1325;

2.) That this "ARP" be acepted, without fail, if this department dose Not forward me a copy of my 2nd step Response case: L.S.P. 2024-1325 in the Next few days. Violating the, 14th, Amendment my, "Due Process"....

3.) Save camera footage, N-4-B, Tier date, 5-22-25 Time, inbetween, 6:00 an 9:00 P.M.;

4.) If I get my, 2nd, step Response forwarded to me in the Next few days case: L.S.P-2024-1325 that I signed for but, was Not my Response in my Envelope, that this, "ARP", get disspossed of when I Reciev my 2nd step, with my signing for it with a New Date, Not the date of, 5-22-25

5.) That I Not be Retallyated against for the fileing of this complaint;

I swear, under the penalty of, perjury, that everything in the foregoing is true an Correct....

Sign this, 25, day of, May, 2025 ....

Cody C. Dantin #515835 D.W.C.C.
Sign N-4-B #4

# Administration Remedy Proccedure

This A Requst For A Administration Remedy Proccedure

Cody C. Dantin #515835

Offender Name, DOC #

2-4-25 / 4:00 Am

Date & Time of Incident

E.H.C.C. D-1 Cell Block, Right Tank

Place of Incident

2-20-25 / ON Going

Date of Complaint

Warden Timothy Hooper oR Designee;

"Facts"

I got shiped to Hunts, 12-16-24, from Angola because my Life was in danger. See, A.R.P. case: L.S.P. 2023-0122. When I arrived at. E.H.C.C. 12-16-24. I was Placed around some of the same, Inmate's I was in and around at Angola. That was trying to take my Life. I was forced to cut myself wile at E.H.C.C. to get somewhere safe. I was Placed at D-1 cell-Block, where I got placed in one of the Tanks that was in the lobby for my Safty. Wile I was was in the Right Tank. I Recived A Response on my, A.R.P. case: L.S.P. 2023-0122 that I filed over a year ago. I Recived it, 2-4-25. I checked the Box to Procced to 2nd step, and gave it to security on 2-5-25 at, 4:00 A.m. When I got my A.m. Insulin. I gave it to Security to be droped in the mail Box. I had No access to the mail Box my self. So I had to Rely on A security to drop it or Place it in one of the mail Box's on one of the Tier's. Hopeing it made it to where it to where it needed to go. Save, camera footage, D-1 cell-Block Right Tank 4:00 A.m. On, 2-5-25. I sent mail to family and other's that Never made it to them. This is a very serouise matter and I to make sure that my, A.R.-P. case: L.S.P. 2023-0122 made it to the, Designee, for my 2nd step. I been having problm's with my Papper work getting disspossed of violateing my Human Rights.

"Requsted Relief"

1.) That my A.R.P. was sent to 2nd step case: L.S.P. 2023-0122 with out fail;

2.) If my sendond, 2nd step never made it where it Needed to go to be proccessed. So, I get A second step Response that I be paid $150,000.00, for Violateing my Human Right's to file, A.R.P Not having access to place my legal mail in the Hands of a classification officer or Not having access to drop my mail in the U.S. mail Box my self. Having to Rely on A 3rd party to do so for me;

3.) If my 2nd step Never made it where it was soupose to go to be proccessed that I get A Response forwarded to me here at, D.W.C.C. A.S.A.P. So I can go fordward with my A.R.P. with out fail;

4.) That I not be Retalyated against for the fileing of this A.R.P.;

Cody C. Danther #515835

Respectfuly submitted

2-20-25

Requsted Relief

1.) That my A.R.P. was sent to 2nd step case: L.S.P. 2023-0122 with out fail;

2.) If my sendond, 2nd step never made it where it Needed to go to be proccessed. So, I get A second Step Response that I be paid $ 150,000.00, for Violateing my Human Right's to file, A.R.P Not having access to place my legal mail in the Hands of a classification officer or Not having access to drop my mail in the U.S. mail Box my self. Having to Rely on A 3rd party to do so for me;

3.) If my 2nd step Never made it where it was soupose to go to be processed that I get A Response forwarded to me here at, D.W.C.C. A.S.A.P. So I can go fordward with my A.R.P. with out fail;

4.) That I not be Retalyated against for the fileing of this A.R.P.;

Cody C. Danton # 515835

Respectfuly submitted

2-20-25