25-cv-0580 Sec. P.

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 0 3 2026

DANIEL J. McCOY, CLERK
BY: [signature]

"Summons"

Defendants: Major Gillentine
Defendant: Capt. Davis
Defendant: Sgt. Crane

You are hereby summoned and required to serve upon, Plaintiff, Cody C. Dantin, #515835, whose address is, David Wade Correctional Center, 670 Bell Hill Rd. Homer, La 71040. An answer to the complaint that is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

U.S. District Court          Clerk of the Court

Signed this, ______ day of, ________, 2025....

I swear, under the penalty of perjury that everything is true and correct....

Signed this, 18th, day of, June, 2025

Warden, Dauzat 6-25-25

Mrs. Dauzat how you doing? I talked to you today and told you I wrote you, but have Not heard anything from you. Which, led me to file, "ARP", that got a Rejection. Im not trying to get shiped at all. Im in Need of Protection. I told you my first day here 2-10-25, that I told on alot of Inmates at Angola an as A Result of that alot of Big time Drug Dealer's got caught, phone's and Knief's. Now, alot of Inmates from Baton Rouge has big money on my Head. Now here this mexican/Cartel Drug Dealer, Arthur Basaldua #531174 That I was on N-4-C Tier, with is telling Inmates here that Im A, "CI", I got alot of his pepole Hit at Angola and I got moved by him to set him up. That I work for warden, Dauzat, you. Me and you Both Know that is Not true. But, he is Now trying to pay Inmates from Angola to take A Hit for him on me. Alot, of Inmates don't Like you, "I do", I don't have No problem with No security. Im on yall side. I Know 90 percent of yall are good pepole. I Know this is Prison and they have alot of Bad pepole here, but Not all of us are all that evil, Killer's or Rapist's. See how Angola send's D.W.C.C all these Life senten Inmate's clogging up this system that's Not good. They are sending groups at a time here that has No Hope gave up on Life, stabing pepole; fighting with security, Big time drug Dealer If Angola don't want them why mess up this ficility ?!?! I cant live No other Prison Please Dont ship me - "Thanks"

Cody, Dantin
#515835
N-4-B #4

Civil Action No. 25-0580 (Sec. P)

TO: The Clerk, Mag. Judge Kayla mcclusky 6-19-25

I been Recieveing my mail from yall may this court please get this facility, D.W.C.C to move me? I got pulled out by, warden Kimble, 6-13-25 he talked about moving me to Protection. He says wait for my Next Board because I got a write up. I been here Since 2-10-25 I got a write up for Tieing my cell door up. any and all my other write ups I ever got was because security Refuse to move me. I'm scared for my life they have alot of New Inmates back here where I'm at. This is Displinary N-4-B, I here 4 Inmates fasure sharpn Kniefs on the floor. this is where the most worst of the most violent offender's are housed. Security Refuse to move me or shake Down and come get these Kniefs. I'm in seriouse Need of some Kind of Protection? May you please get this facility to Move me to protection? I'm scared to come out to shower I'm scared to come out to use the phone. I'm forced to be housed around the worst most violent offenders wile Asking for Protection. I thank this Court Judge Kayla mcclusky for helping me.

#515835
Cody
Dart
N-4-B #4

I swear under the penalty of perjury everything is true an correct. Signed, 19, June, 2025

To: Clerk - No. 25-0580 Section (P)

c/c
1 of 2
copys

I'm writting because I'm having problems with my mail going out and coming in. I Recently told my sister to send yall copy's of everything I ever was able to send home because I new Problems with legal mail gets lost, disspossed of or destroyed So I told her to send copys of everything I wrote directly to yall / courts. Because it don't make it to me alot of time's. Now, The last Legal Mail I Recived from this court was A Memorandum ORder for me to Amend to the best of my ability. I done so. I mailed it out on camera, 6-24-25 and today is 7-2-25 No way my legal Mail should be taking weeks to get mailed. I wrote Mail Room / officer here informing them I have dead lines?!?! I Recently Sent, "Plaintiffs First Request For Production of Documents on, June 6-18-25 few days befor I Recived that order from yall to Amend my Complaint. I Recived my Recipt saying they took the money out of my account 6-27-25 and mailed it that was 10 day's latter. I'm going to send another copy of my Amendment to my Complaint again. I'm sending this Legal mail to yall on Camera 7-3-25 because I Now have to file, "ARP," on my Legal Mail.

Cody Damthu
#515835
N-4-B#4
7-2-25

Warden, Dauzat 7-8-25

Mrs. Dauzat, first I want to thank you for steping in on this situation I have going on, "I'm"... very thankful. I'm a very strong beliver in "God," I leave all this in Gods Hands and Hopefuly Next time if someone tells you or staff/security they told on some Inmates that they life is in danger that they Need Protection. That yall may please take care of it to the best of your ability. I'm here N-1-B #15 around some of the most worst, most violent offender's Not only that I'm on the Tier with a very, very high Profile, Drug Dealer/King Pin, "Lee Lucas," A very dangerouse Drug Cartel King Pin from Baton Rouge that has 8 to 10 Inmates over sharpn Kniefs they hate you they hate me I don't Know if you Really Realize whats bout to happen? They want away from here They bout to get you out of here And I'm bout to lose my life. You made a very Bad Move this is Not "Protection," I'm watching listen to my Death. For me and you to be safe I should be on N-1-A or N-5 this is very seriouse. If you dont move me, "ASAP," Please always Keep me in your Prayers?!?! Make sure they get the Death Penalty 1st Degree.... God Bless 7-8-25

Cody Santa
#515835
N-1-B #15

# "Requested Relief"

C/C 7-6-25

1.) If my/this, "ARP", is Rejected with out A Full Invest-igation, "To Review", camerafootage, N-4-B #4, 6-24-25 showing me give my, "Legal Mail", to, Sgt. Harper/Chip to get Mailed out, Money Recipt/Big Brown Envelop, Stapler-Thumb Print, and my Legal has yet to be Mailed inorder to make me miss my dead Line. If this Person Rejects this And don't find my Legal Mail And get it sent to the courts with A Letter to state why my Legal Mail sent on camera N-4-B To Western District, has yet to get sent OR why OR who Disspossed of it?!?! That the person to Reject this gets moved from this Possition And OR Fired with out Fail; Save camerafootage N-4-B 6-24-25

2.) That if Nobody can find or Charge the Person Responseible, for the Tampering of my legal Mail That I be Paid $500,000.00, For the tampering of my Legal Mail;

3.) That I Not be Retallyated against, [redacted] OR [redacted] Get shiped, For this Filing;

Cody Dantin #515835 N-4-B#4

I swear, under the Penalty of Perjury everything is true and correct....

Signed, this, 6th, day of, July, 2025....

Administration Remedy Procedure
This A Request For A Administration Remedy Procedure

Cody C. Dantin #515835, 6-24-25/9:00 AM-12:00
offende Name, DOC #, Date & Time of Incident

D.W.C.C. / N-4-B #4, 7-6-25 / ON Going
Place of Incident, Date of Complaint

Warden, michele Dauzat

"Fact's"

On, the above date and time. I filed Legal mail to Fed. court so I don't miss my dead line. Review the camera footage date, 6-24-25, Mst. Sgt. Harper/chip brought me thumb Print & Stapler, so I can Respond to the Fed. Court for A very seriouse Matter that I'm dealing with and also Paying for. As, A Result of missing A deadline for A Order to Respond can dissmiss/Bar me from Proceding. Security take's my Legal Mail from my cell. Puts it in Key Room till, 2:00 P.M./with security Paper Work for A capt. to bring it up front to be sign by A, Col. then weigh then sent to Inmate Banking to be Processed to be sent to Mail Room to be Mailed. Leaving me with the problem I'm having with my Legal Mail Not Making it out. that is Not Proper Procedure for Legal Mail Violating my, 1st, 8th, and 14th Amendments....

Legal Mail Room/officer 1-2-25

C/C
1 of 2
copy's

I'm writting because my legal Mail is Not making it out?!?! I have dead line's there is No way my Legal Mail should Not be going out for 2 weeks. I sent Legal mail out Big Brown Envelope by Sgt. Harper/Chip on 6-24-25 on camera and it has yet to go out, I Recived my Recipt yet?!?! I Never got my Recipt?!?! I have No other choice, but, to file on this. I have No other choice, but, to get my family to call the court House. I have No other choice but to get my family to talk to lawyer. I have No other choice but to post on web sites. Date's time's security Name's in volved and the process of sending Legal Mail out we give it to security they soupose to sign it bring it in Key till 2:00 pm till capt. Brings it to Col. then col. sign then gose to Inmate Booking get mailed/weighed then gose to Mail Room?!?! Thats why it take's so long thats Not the proper procedure for Legal Mail. I have dead Line's thats why I Keep date's time's security Name. May I please get my Recipt showing my mail got sent I Sent 6-24-25

Cooley
Damien
#515835
N-4-B#4

Warden, Dauzat 7-2-25

C/C
1 of 2
Copys

mrs. Dauzat, I Know this won't do anything.... And I Know yall won't come shake Down. I told yall time and time over and over. I told on alot of Inmates at Angola because my Life was in danger. Inmates was trying to make me give or loan them money or help them get some drugs. I told them I don't want No part of that and I'm Not helping Anyone 2 Inmates pulled out Kniefs and tryed to extort me make me give them money. I told Ranking security from that point on Inmates were/Are after me to Kill me. Because Security made me give Details with Name's they told me few time's that was the only way they could help me I Never got any help always got worste. I got alot of Big time drug dealers Busted becouse of this. Now they have alot of Inmates N-4-B/N-4 with Kniefs to Kill me. Yall don't belive me there is alot of Drugs/Mojo Back here that the mexican Author Dasaldua gave to Inmates to get me N-4-B cell #1 and #7 come from N-4-C with drugs and Kniefs cell #7 passing drugs to the teir to get me cell, 9, #10, #13 an #14 been sharpen Kniefs. cell #7 just got a write up for a wick/Light. they have Battier's to make the light Please move me. Protection

Cody Domatie
#515835
N-4-B #4

To: Clerk 7-28-25

Im writing because I want to object to the Motion I filed for, "Preliminary Injunction," my life is in seriouse danger. I had A Board hearing on 7-7-25 for, "CCR," I was classified for, "CCR" After I explained I told on Alot of Inmate's Because my life is in seriouse danger and I Need Protection. I was placed on N-1-B / "CCR," that house very violent offenders Inmate that stab other offenders / Fight with security an high Profile case Inmates / Drug Dealers King Pins "Lee Lucas," In mate's were after me my first day there. N-1-B / CCR, I should have Never been Placed on A very Violent tier with those offenders when I'm A very Know Rat Inmates call me A "CI," Some Big time Drug dealers got Busted my Life is in seriouse danger security Put me on watch took all my Property / Legal Books / Legal work I Need Protection. Please order this facility to put me on Protection Im on the same Unit as Arthur Basaldua Drug Cartel King Pin.

I swear under the penalty of Perjury that everything is true and correct...

Cody [signature] #515835

FORM OP-C-1-a
23 February 2023

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: **David Wade Correctional Center**

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Cody Dantin** | **515835** | **23 November 2025** | **Approx. 0845** |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| **N4 C-Tier** | **U/A** | **N4 C-1** |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| **Property Destruction** | **17** |

10. Description of Incident (Include all relevant information – "unusual Inmate behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time, I, Capt. Wood, while on N4 C-Tier after restraining inmate Cody Dantin #515835 in cell 1 ordered for the cell door to be opened. The door would not open. I then questioned inmate Dantin who admitted that he had tied up the bottom of the cell door. I gave inmate Dantin several direct verbal orders to untie the cell door, which he refused. Major Kennedy was notified. I along with Major Kennedy was able to pull the door open after part of the string was cut off with the flex cuff cutter which broke in the process. A shakedown of the cell was conducted and multiple ripped sheets, a ripped shirt, and ripped towels were found in the cell with some of the pieces tied to the bottom of the cell door. These items were confiscated and inmate Dantin was returned to the cell without further issue. Inmate Dantin is currently housed on Preventative Segregation 1. (See attached UOR)

11. Inmate Placed in Administrative Segregation ☐ Yes ☒ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Capt. [signature] | **Johnathan Wood, Captain, Wade 22** |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| **23 November 2025** | **1420** | [signature] 1423 23 Nov 2025 | Cody Dantin |

18. Plea by Inmate: ☐ Not Guilty ☒ Guilty — 19. Verdict: ☐ Not Guilty ☒ Guilty

20. Date of Hearing: 12/1/25 — 21. Counsel Substitute: [signature] DOC #: #117061

22. Disciplinary Court Motions: Refer to Form OP-C-1-b.

23. Reasons For Disposition:
☒ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
☐ The officer's version is determined to be more credible than the Inmate's. ☒ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
☐ Other ______

24. Reasons for Sentence:
☒ Seriousness of offense ☒ The need to protect the institution, employees or other.

☒ Poor conduct record. A total of 4 rule violation(s). A total of ______ Schedule B violations since: ______.

A total of 3 # 17 rule violations since July 2025.

☐ Other: ______

| 25. Sentence: ☐ Suspended ☒ Imposed ______ Days | 26. Sentence: ☐ Suspended ☒ Imposed ______ Days |
|---|---|
| 8 weeks Loss of Canteen | Rest. for Towel, sheet + Flex cuff cutter |

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

[signature] ______ CHAIRMAN (DISCIPLINARY OFFICER)

[signature] ______ MEMBER

______ MEMBER

FORM OP-C-1-a
23 February 2023

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

**INSTITUTION: David Wade Correctional Center**

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Cody Dantin | 515835 | 25 June 2026 | Approx. 1700 |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| N4 D-1 | U/A | N4 D-1 |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Disobedience, Aggravated | #5 |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time, I, Major Eddie Kennedy, while on N4 D-Tier gave inmate Cody Dantin #515835 in cell 1 several direct verbal orders to comply with his reassignment to P2, he refused all orders. Inmate Dantin was seen by medical, offered the use of inmate telephone, and placed on Investigative Segregation.

11. Inmate Placed in Administrative Segregation ☐ Yes ☒ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| [signature] | Eddie Kennedy, Major, Wade 18 |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| 25 June 2026 | 1748 | [signature] 25 June 26 | refused to Sign |

18. Plea by Inmate: ☐ Not Guilty ☐ Guilty

19. Verdict: ☐ Not Guilty ☐ Guilty

20. Date of Hearing:

21. Counsel Substitute:

DOC #:

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
☐ The officer's version is determined to be more credible than the Inmate's. ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
☐ Other ______

24. Reasons for Sentence:
☐ Seriousness of offense ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of ______ rule violation(s). A total of ______ Schedule B violations since: ______.

A total of ______ # ______ rule violations since ______.

☐ Other: ______

25. Sentence: ☐ Suspended ☐ Imposed ______ Days

26. Sentence: ☐ Suspended ☐ Imposed ______ Days

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

______ CHAIRMAN (DISCIPLINARY OFFICER)

______ MEMBER

______ MEMBER

FORM OP-C-1-a
23 February 2023

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: **David Wade Correctional Center**

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Cody Dantin** | **515835** | **14 April 2026** | **Approx. 0846** |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| **N3 D-1** | **U/A** | **N3 D-1** |

| 8. Rule Violated | 10. Rule Number |
|---|---|
| **Defiance** | **#3** |

10. Description of Incident (Include all relevant information – "unusual Inmate behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

**On the above date and approximate time, I, Major Nathaniel Gillentine entered the N3 lobby after conducting a round on N3 A-Tier. At this time I clearly heard a loud disturbance coming from N3 D-Tier. When I entered the tier I clearly observed inmate Cody Dantin #515835 standing at his cell door causing a loud disturbance by yelling very loudly. I then gave inmate Dantin a direct verbal order to cease his actions, which he then stated to me "Fuck you, you redneck hillbilly bitch! You're a fucking Pussy!" I gave inmate Dantin a second direct verbal order to cease his actions and to come to the cell door to be restrained. Which at this time he complied. I then placed handcuffs onto inmate Dantin and gave him a direct verbal order to place his knees onto the cell floor, which he complied. At this time inmate Dantin again began to cause a disturbance by yelling very loudly stating "Fuck you bitch, this what I want you fucking pussy." I then gave inmate Dantin a direct verbal order to cease his actions, which he refused. Inmate Dantin only complied after the use of chemical agent. Inmate Dantin was seen by medical, offered the use of inmate telephone and placed on investigative segregation.**

11. Inmate Placed in Administrative Segregation ☒ Yes ☐ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Nathaniel Gillentine / Major | **Nathaniel Gillentine, Major, Wade 23** |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Inmate by: | 17. Inmate's Signature |
|---|---|---|---|
| **14 April 2026** | **1437** | Lt James Bellamy 1511 14/Apr/26 | Cody Dantin |

18. Plea by Inmate: ☐ Not Guilty ☐ Guilty
19. Verdict: ☑ Not Guilty ☐ Guilty

20. Date of Hearing: 4/17/26
21. Counsel Substitute:
DOC #: #11706

22. Disciplinary Court Motions: Refer to Form OP-C-1-b.

23. Reasons For Disposition:
☐ Report is clear and precise. ☐ Lack of credible defense/little or no defense. ☐ Based on Inmate's statement.
☐ The officer's version is determined to be more credible than the Inmate's. ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report. ☐ The Inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the Inmate's. ☐ Plea bargain.
☐ The Inmate's demeanor led the board to believe that the Inmate's testimony was untrue.
☐ Other ______

24. Reasons for Sentence:
☐ Seriousness of offense ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of 9 rule violation(s). A total of ______ Schedule B violations since: ______.

A total of 0 # 3 rule violations since 14 Apr 2026.

☐ Other: ______

25. Sentence: ☐ Suspended ☐ Imposed ______ Days
(c) Lvl ... (3) ... C/S

26. Sentence: ☐ Suspended ☐ Imposed ______ Days

27. DISCIPLINARY BOARD: After an Inmate is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. OP-C-11 "Imposition of Restitution via the Disciplinary Board."

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

MEMBER

Form HCP13-a
17 November 2024

## Request for Medical Treatment

**Facility:** D.W.C.C

| Cody Santin | 515835 | 25 | N4-C#2 | ON Going | 2-11-26 | |
|---|---|---|---|---|---|---|
| **Inmate Name** | **DOC#** | **Age** | **Housing** | **Job Assignment** | **Date** | **Time** |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

Need to see dentist Parshel / And Need to see Doctor !!!!

**Health Care Personnel Assessment: Date:** 3/11/26 **Time:** 01:30 **Allergies:** ____

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

____

____

____

____ **Total #:** ____

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $ 2.00

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Santin | 515835 | 3/11/26 | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

**Facility:** D.W.C.C.

4-2-26

| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |
|---|---|---|---|---|---|---|
| Cody Dantin | 515835 | 38 | N-3-D#1 | | | |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

I have urin still coming out after I use it every-day I smell like urin can you please let me see doctor or put me on Flow May till I see doctor. Thanks

**Health Care Personnel Assessment: Date:** ___ **Time:** ___ **Allergies:** ___

☐ Routine Sick Call $2.00
☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

___
___
___
___ **Total #:** ___

___
**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $___

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Inmate Signature | DOC# | Date | Witness Signature |
|---|---|---|---|
| Cody Dantin | 515835 | 4-2-26 | |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

**Request for Medical Treatment**
**Facility:** D.W.C.C

| Cody Dantin | 515835 | 38 | N-3-D #1 | ANGoing | 4-9-26 | |
|---|---|---|---|---|---|---|
| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

Need to get all my teeth pulled hurting cant eat

**Health Care Personnel Assessment: Date:**_____ **Time:**_____ **Allergies:**_____

☑ Routine Sick Call $2.00
☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)
☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**
☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

_____ **Total #:** _____

**Health Care Personnel Signature**

☐ No Fee ☑ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $_____

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Dantin | 515835 | | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record  Yellow - Business Office  Pink - Inmate's Copy

Form HCP13-a
17 November 2024

## Request for Medical Treatment

**Facility:** ______________________

| Dartin Cody | 515835 | 38 | N-4-D#4 | — | 4-27-26 | |
|---|---|---|---|---|---|---|
| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

I need to get all my teeth pulled or get a parshel teeth hurting real Bad cant chew my food

**Health Care Personnel Assessment: Date:** 4/27/26 **Time:** 0630 **Allergies:** ______________

☒ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

______________________

______________________

______________________

______________________ **Total #:** ________

______________________

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $______

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Dartin | 515835 | 4/27/26 | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

Form HCP13-a
17 November 2024

# Request for Medical Treatment

**Facility:** DWCC

| Cody Pantin | 515835 | 39 | N-4-D#1 | ONGOING | 7-9-26 | AM 9:00-9:00 |
|---|---|---|---|---|---|---|
| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

Warden Bergoues/medical warden Approved me to get A Parshal/Teeth from dentist please set Appointment

**Health Care Personnel Assessment: Date:** 7/9/26 **Time:** 0630 **Allergies:** ______

☐ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

[redacted]

**Medications Ordered:**

______ **Total #:** ______

**Health Care Personnel Signature**

☐ No Fee ☐ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $______

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Pantin | 515835 | 7-9-26 | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record    Yellow - Business Office    Pink - Inmate's Copy

Form HCP13-a
17 November 2024

**Request for Medical Treatment**
**Facility:** D.W.C.C

| Cody Santin | 515835 | 38 | N-4-D#1 | ON CALL | 6-26-26 | 7:00 |
|---|---|---|---|---|---|---|
| Inmate Name | DOC# | Age | Housing | Job Assignment | Date | Time |

**HEALTHCARE REQUEST: INMATE COMPLETE THIS SECTION ONLY**

Need to go to dentist teeth hurt

**Health Care Personnel Assessment: Date:** 6/26/26 **Time:** ____ **Allergies:** ____

☑ Routine Sick Call $2.00

☐ Health Care Service Accessed Outside of Routine Sick Call $6.00 (Select One)

☐ **Self Declared Emergency** ☐ **Altercation** ☐ **Other**

☐ No Fee: ☐ Work Related ☐ PREA Assessment

[redacted]

**Medications Ordered:**

____________________

**Total #:** ____

**Health Care Personnel Signature**

☐ No Fee ☑ $2.00 Access Fee ☐ $6.00 Access Fee ☐ $2.00 for Each Prescription/OTC Medication Fee: $____

Total: $ 2.00

I understand in accordance with Dept. Reg. No. HCP14, I will be charged $2.00 for routine sick call and $6.00 for health care services accessed outside of routine sick call to include self-declared emergency, altercation, or any other unscheduled health care services. $2.00 will be assessed for each new prescription medication and/or over the counter non-prescription medication. No fee shall be assessed for work-related incidents or PREA assessments.

| Cody Santin | 515835 | 6-26-26 | |
|---|---|---|---|
| Inmate Signature | DOC# | Date | Witness Signature |

Original - Inmate's Medical Record Yellow - Business Office Pink - Inmate's Copy

# "Emergency ARP"

## Administration Remedy Procedure

This A Request For A Administration Remedy Procedure

Cody C. Gartin #515835, 9-20-25 / 9:00 A.m - 11:00 AM
offender Name, DOC#, Date & Time of Incident

D.W.C.C / N-4-C #1, 9-21-25 / ONGOING
Place of Incident, Date of Complaint

Warden Dauzat;

"Facts"

1.) Im being housed [redacted] Around A Known, Cartel Drug Dealer, "Arthur Basaldua", that is paying inmates to Kill me because I told on some of his Drug Potnas in Angola. I have his Name in my fileing in Western District Court stating I Need Protection from him, Im Now on Same tier N-4-C #1 Putting my life in seriouse danger;

2.) Arthur Basaldua, N-4-C #11, Keep's Telling me to take Him out of my Enemy Jacket if I love my family. He called my sister's whole Name 9-19-25 the only way he could have got that was from my Mail through A Security officer Im scared for my Life as well as my sister;

3.) Arthur Keeps saying Warden, Dauzat is messing him over she took his, Phone, visits, And Mail because 5 "CI's", say he is getting drug's through Mail and Im one of the 5 "CI's", Im scared for my life

4.) "Review Save camera footage", N-4-C #11, 9-20-25 9:00 A.m - 11:00 A.m, Arthur useing the phone 2nd, I got it 3rd sgt. Jack gave it to him when it started in front. He soupose to be on Restriction;

5) When Arthur threath my family 9-19-25 when I went shower if I don't take him out of my Enemy Jacket. I told him I don't Know what he's talking about;

6.) 9-20-25 he used the Phone inbetween 9:00 Am and 11:00 A.M 2nd, when the Phone started in the front. I think he used Phillip Joseph Pin# because he told Phillip to send him his Girls # befor Phillip got moved 9-19-25 to N-3 / P-2. Review camera footage 9-20-25 Arthur useing the phone cell# 11 9:00-11:00;

7.) Arthur, say's Im one of the, 5 "CI", that got his, visit, Mail, and Phone, took and got him back here. Im scared for my Life and should Not be around him becaus I have fileing's for Protection on him;

8.) When I told Arthur I don't Know what he's talking about and he used the Phone 9-20-25 that Night 9-20-25 around 10:00 P.M - 5:00 AM I heard cells sharpn Knife's on the floor Review and save camera footage in cells I don't Know exactly what cells Arthur has money on my Head Im scared for my life;

# "Requested Relief"

1.) That I be moved back to "CCR" on Protection Away from Arthur Basaldua ASAP;

2.) If anything happen's to me date 9-21-25 and Im Not moved away from Basaldua to Protection that I be Paid the Requested Amount on my first "ARP" that Basaldua has money on my head Paying Inmates to Kill me.

3.) If Im Not Moved ASAP to Protection away from Basaldua, that I be Paid the full amount Requested on my first ARP in Western District Court for Retallyation;

4.) If Anything happens to me and Im Not moved and this ARP is put on back log that my family be Paid the full amount Requested;

5.) That I Not be Retallyated against for this fileing;

I swear under the penalty of Perjury that everything is true and correct...

Signed this, 21st, day of, september, 2025

[signature]
#515835

D.W.C.C
N-4-C#1

Administration Remedy Proceedure

This A Request FoR A Administration Remedy Proceedure

Cody C. Dantin #515835, 3-24-25 / 9:00 P.M.-3:00 AM
Offender Name, DOC #, Date & Time of Incident

D.W.C.C./N-4-A #13, 3-29-25/ONGoing
Place of Incident, Date of Complaint

Warden, Michele Dauzat;

"Fact's"

1.) Hunts, E.H.C.C., sent me here from Angola on Protection because my Life is in great danger: See my fileing's Docket for case #: 2:24-cv-02789-DJP;

2.) I arrived here at, D.W.C.C 2-10-25. I got off of the bus an went straight to, N-4-C #4, because they said that was A Super Max Tier. "Super Max" I stayed from, 2-10-25 to 3-17-25, I got moved to N-4-A #13 on 3-17-25;

3.) Auther Bastadua, on N-4-C #2, told the guy's on N-4-A When they went on yard that I work for Warden, Dauzat. An, I got moved to N-4-A, to see what he got going on Back here. That he got set up from some, "CI's" wile at, "Angola"; An got Some Fed. time. He told them he got big money OR Drugs on My Head; He is A well Know Cartel Drug Dealer/King Pin;

4.) From date of, 3-17-25 to 3-20-25, someone got Busted throwing a Knief to another cell, bettween, cell #5 and #1 from date of, 3-17-25 to 3-24-25 I listen to the Inmate's Sharpen Knief's an saying how they going to Kill me to get shiped away from here. "I told security" "Save camerafootage" ...A 3-24-25 9:00 P.M. TO 6:00 A.M.

5.) Save all camera footage date, 3-24-25, N-4-A #13 Time/9:30 P.M. Till Im escorted off of, N-4-A, with all the Lights off on tier. Out in the lobby Placed inbettween A an B, Tier pipechase orderd to get on my Knee's in full Restraint's for, 2 hour's or more wile I was beat and sprayed over and over by Major Gillentine an Capt. Davis Major Nathaniel Gillentine, Deactiverated Body Camera in lobby when Im screaming for help that my Life is in danger an that the whole tier door's broke, they have Knief's to Kill me. Review and save camera footage Tier N-4-A an N-4-B date 3-24-25 to 3-25-25, Also save capt. Davis Body camera footage & Major Nathaniel Gillentine Body Camera footage 3-24-25;

6.) After being beat an sprayed over an over in lobby inbettween, N-4-A an B-Tier, I was escorted to B-Tier shower to shower then placed in cell #2 on B-Tier/strip cell;

7.) Wile I was in the cell #2 B-Tier, sgt. Crane was walking up an down N-4-A an B showing inmates my letter about me saying Im scared for my Life. Auther Bastuda, N-4-C #2 got money on my head or drugs. Sgt. crane gave cordell wilder #755139 N-4-B #4 my Letter I wrote putting my Life in more seriouse danger save an Review camera footage Sgt. Crane at his cell all Nite. date 3-24-25 thru 3-25-25

8.) All my Rights to Protection has been Violated.... My 1st, 8th an 14th Amendments Also;

"Requested Relief"

1.) That I go to, "Protection/CCR" Here an Not get shiped Auther Bastadua, say he will touch me anywhere in the state of Louisiana;

2.) That all camerafootage on, N-4-A The lobby N-4 an, N-4-B date 3-24-25 be saved. over to 3-25-25;

3.) Save major Nathaniel Gillentine Body cam date 3-24-25, And Also capt. Davis Body Cam;

4.) That this; "ARP"; be accepted with out fail;

5.) That I be paid $500,000.00 for my suffering an if anything happen to me from this date of 3-28-25 That my family/sister, be paid an additional $5,000,000.00 so she can take care of my Kids an she can deal with her suffering from all this;

6.) That I Not be Retallyated against for this fileing and shiped;

I swear, under the penalty of perjury that everything in the foregoing is true and correct....

Cooly C. [illegible]
#515835
Signed 3-28-25

To: Clerk Sec. (P) No. 25-0580

I want to Inform the courts that, I have moved to, "CCR", N-1-B#15, I under-stand, I have to Live somewhere, in Prison. I understand I can't chose or pick where I am to be housed at. I wrote letter's to Warden, Dauzat, stating that everywhere I go Big and High Profile Drug Dealers are sending hits on my Head. this, "CCR", I'm Housed on has A very well Known High Profile Drug Dealer/King Pin, Name, "Lee Lucass", That I asked to please Not be Placed around. He is the Raper, "Kevin Gate's", uncle that is from Baton Rouge, He has alot of power And the first Night here, 7-7-25, I here the Guy's on this Tier N-1-B/CCR, that house's some of the most violent offender's say, "Lee Lucass," say he/me, can't go Nowere Now that I'm got. to get me. So if anything happens to me please Charge everyone 1st Degree murder. this Murder for Higher. And this Prison Violence Needs to stop. Something has to be done. I Need to put this on Record for the Courts. Thanks God Bless

I swear under the penalty of Perjury that everything is true and Correct....

Signed this, 8th, day of, July, 2025....

Cody C. Dantin
#515835
N-1-B#15

David Wade Correctional center
670 Bell Hill Rd.
Homer, La 71040

TO: Clerk Sec. (P) NO. 25-0580

I want to inform the courts that, I have moved to, "CCR", N-1-B #15, I understand, I have to live somewhere, in Prison. I understand I can't chose or pick where I am to be housed at. I wrote letter's to, warden Dauzat & warden Ryan Kimble/classification, stating that everywhere I go Big and High Profile Drug Dealers are sending hits on my Head. This, "CCR", I'm Housed on has A very well Known High Profile, Drug Dealer/King Pin Name, "Lee Lucass", that I asked to please Not be Placed around. He is the Raper, "Kevin Gate's", uncle that is from Baton Rouge, He has alot of power. And, the first Night here, 7-7-25, I here the Guy's on this Tier, N-1-B/CCR, that houses some of the most violent offender's, say, "Lee Lucass", say he/me, can't go Nowhere Now. That I'm got. To get me. So if anything happen's to me please charge everyone, "1st Degree Murder", this murder for Higher. And this Prison Violence Needs to stop. Something has to be done. I Need to put this on Record for the courts. Thanks God Bless....

I swear under the penalty of perjury that everything is true and correct....

Signed this, 8th, day of, July, 2025....

Cody C. Dantin
#515835
N-1-B #15

David Wade Correctional center
670 Bell Hill Rd.
Homer, La 71040

# Motion To State Retallyation

I got placed on, "CCR", 7-7-25 on 7-18-25, I got scared for my life because Inmates were sharpn Kniefs Jurking on the door's saying to each other Im traped I can't go anywhere and Im all the way in the back cell 14, I got scared told every security who they were Name's and cell Numbers. Security would'nt Shake Down when I inform them that these Inmate's have Kniefs to Kill me because Im a Rat. Leaving me with No Right to Protection. How do you Report Prison Violence?!?! I asked for Mental Health Emergency so I can Repoft it. When mrs. Lambshire come's she asked me whats going on? I told her and she asked me what can she do? I asked her to please get me Moved to N-1-A / "CCR", A Non Violent Tier, because Im scared for my life on this Tier N-1-B #14. All these Inmates are here for trying to Kill security and Inmate's, that this is A very Violent tier. She told me she will be Right Back 5 min. passed by Capt. Woods come made me come to the Bar get Restrained I asked where Im going he told me Standard Watch I asked where he told me that Major Gillentine the one I have this fileing on has A spot for me in N-4-C when, I get N-4-C #14, Arthur Basaldua is in, cell #11, N-4-C, And he is paying some Inmate's Any and Everywhere I go to Kill me. Security / sgt. Darryl Island told me he don't give A F..., that Not his problem I should'nt be in Jail. I started hallaring for Rank Major Gillentine come I told him Im scared for my life, Arthur Basaldua, here I have Problem's because of him he say he don't give A F...
I told him Im going on Hunger Strike Im a Bad Diabet he told me he don't care if I Live or Die. Sgt. Darryl Island Falsefiy write up say I flooded tier by throwing water with my Hand thats A Lie.

U.S. Clerk's office 5-6-25

I'm writting to yall because I filed A suite 1983 form, from Angola for failing to Protect my life. I filed it in the Eastern District Court. I got the Eastern District Court to change my venue to this Court/Middle District. I Recived Legal Mail from yall stating that yall recived my fileing's from the Eastern District which is the correct venue for something being filed wile at Angola. Yall sent all my fileings from the Eastern District to the Western District or Part of it, that is A very seriouse Matter I had filed in the Eastern District Court Against Angola for failing to Protect my Life. Forceful Putting my life in danger. Disspossing of ARP's, Letting me Hurt myself/cut myself, Lite fire's, fight against security to get some where safe. That fileing was filed against Warde, Timothy Hooper. And other staff there. Then I got here Requested Protection/CCR got beat and sprayed. So these are two seperate Districts/Fileing's, Is my first fileing from Eastern District, still being handled in this Court? My first fileing to Eastern District happen at Angola. Warden, Rosso, Col. Barnard, major Lacombre Capt. Reed, major Lamana, Sgt. Crane, this middle District Court was the proper venue for A fileing from Angola. Can yall please let me Know if my case is being processed or did both of these matter's get Transfered to Western District because I need to Re-file in this Court. Please give me upDate. Thanks God Bless

Cody Sartin
#515835
N-4-B #4